```
                             United States Bankruptcy Court
                                  District of Connecticut
In re:                                                                  Case No. 16-51133-cec
Johnny Ray Moore                                                        Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0205-5         User: pburton                Page 1 of 1          Date Rcvd: Aug 24, 2016
                             Form ID: 309I                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db         +Johnny Ray Moore,    15 Sachem Drive,    Shelton, CT 06484-1756
tr         +Molly T. Whiton,    10 Columbus Boulevard,    Hartford, CT 06106-2073
8619087     Bridgeport Anesthesia,    P.O. Box,    Ruthford, NJ 07070
8619070     Chase,    Attn: Legal/Bankruptcy,    P.O. Box 46903,    Glendale, CO 80246
8619090    +Hampshire House Condo Assoc.,    393 Laurel Avenue,    Bridgeport, CT 06605-1186
8619091    +Hampshire House Condo Assoc.,    c/o Edward Walsh, Esq.,
             Bai, Pollock, Blueweiss & Mulcahey, PC,    Two Corporate Drive,    Shelton, CT 06484-6238
8619069    +JPMorgan Chase Bank N.A.,    Mail Code LA4-5555,    700 Kanas Lane,    Monroe, LA 71203-4774
8619089    +North East Medical Group,    P.O. Box,    Boston, MA 02241-0001
8619080    +Pennymac Holdings LLC,    Attn: Linda St. Pierre, Esq.,    50 Weston Street,
             Hartford, CT 06120-1504
8619079     Pennymac Loan Service, LLC,    Attn: Legal/Bankruptcy Dept.,    6101 Conor Drive, Suite 310,
             Moorpark, CA 93021-2602
8619081     Specialized Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    8742 Lucent Blvd., Suite 300,
             Highlands Rance, Colorado 80129-2386
8619083    +State of CT,    25 Sigourney Street,    Hartford, CT 06106-5041
8619086    +Tower Lien LLC,    P.O. Box 823502,    Philadelphia, PA 19182-3502
8619085    +Tower Lien LLC,    c/o The Marcus Law Firm,    275 Branford Road,    Branford, CT 06471-1337
8619066    +WPCA for the City of Bpt.,    695 Seaview Avenue,    Bridgeport, CT 06607-1628
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Aug 24 2016 18:44:04     U. S. Trustee,
             Office of the U.S. Trustee,    Giaimo Federal Building,    150 Court Street, Room 302,
             New Haven, CT 06510-2022
8619068    +EDI: BANKAMER.COM Aug 24 2016 18:38:00      Bank of America,    P.O. Box 26012,    NC4-105-02-99,
             Greensboro, NC 27420-6012
8619088     E-mail/Text: bankruptcynotification@ftr.com Aug 24 2016 18:44:23      Frontier Communication,
             1398 S. Woodland, Suite B.,    Deland, FL 32720
8619082    +E-mail/Text: rwabankruptcy@rwater.com Aug 24 2016 18:44:13     Regional Water Authority,
             90 Sargent Drive,    New Haven, CT 06511-5966
8619067    +E-mail/Text: LAWOFFICESJJE@AOL.COM Aug 24 2016 18:44:24     WPCA for the City of Bpt.,
             c/o Juda J. Epstein,    3543 Main Street,    Bridgeport, CT 06606-3626
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8619084      State of CT,    Attn: Mariea A. Santos,    Office of Attorney General
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              Molly T. Whiton    mtwhiton@mtwhiton.com
              U. S. Trustee      USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 2
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Johnny Ray Moore** | Social Security number or ITIN **xxx–xx–8060** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Connecticut** | Date case filed for chapter  13  **8/24/16** |
| Case number: | **16–51133 cec** | |

Official Form 309I
**Notice of Chapter 13 Bankruptcy Case**                                                                                                    12/15

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Johnny Ray Moore | |
| 2. | **All other names used in the last 8 years** | aka Johnny R. Moore | |
| 3. | **Address** | 15 Sachem Drive<br>Shelton, CT 06484 | |
| 4. | **Debtor's attorney**<br>Name and address | Johnny Ray Moore<br>15 Sachem Drive<br>Shelton, CT 06484 | Contact phone _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Molly T. Whiton<br>10 Columbus Boulevard<br>Hartford, CT 06106 | Contact phone (860)278–9410 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 915 Lafayette Blvd<br>Bridgeport, CT 06604 | **Hours Open:** 9:00 a.m. – 4:00 p.m. Monday – Friday<br>**Contact phone:** 203–579–5808<br>**VCIS:** Toll Free 1–866–222–8029<br>**Date:** 8/24/16 |

Official Form 309I                                                   **Notice of Chapter 13 Bankruptcy Case**

Debtor **Johnny Ray Moore**                                                                                                              Case number **16–51133 cec**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Special notice to debtor(s): Failure of the debtor to attend the above scheduled meeting of creditors may result in the dismissal of your case without further notice.** | **Location:**<br>**915 Lafayette Blvd, Room 326, Bridgeport, CT 06604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/28/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/27/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** Governmental agencies who wish to file a proof of claim should do so within 180 days from the date the Order for Relief was entered. |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Official Form 309I                                  **Notice of Chapter 13 Bankruptcy Case**