

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

IN RE:

| | | |
|---|---|---|
| **JOHNNY RAY MOORE** | : | **CHAPTER 13** |
| **DEBTOR** | : | |
| | : | **CASE NO: 16-51133 JAM** |
| | : | |
| | : | **DECEMBER 7, 2016** |

## DEBTOR OBJECTION TO CLAIM

Johnny Ray Moore, Debtor of the above – captioned estate, objects to the following claim:

Claim No. 5, filed October 31, 2016 by Regional Water Authority, herein called "the Creditor" in the amount of $7,387.73; the Debtor objects to this claim for the following reasons:

1.    The Debtor objects to this claim because the proof of claim filed by the Creditor did not attach any proof that the water liens where recorded on the land records against the subject properties; **Exhibit A.,**

2.    The Debtor objects to this claim, because even if the liens where recorded on the land records, the Creditor has failed to Discharge all of the pre-petition bankruptcy charges incurred on the account prior to October 29, 2014, under Petition 12-51027;

3.    The Debtor mailed the Regional Water Authority a letter requesting validation of the debt, and received no reply;

*#43*

I

4.     The New Haven Water Pollution Control Authority acknowledged the same

Debtor's letter and created two separate accounts, pre and post-petition, please see

**Exhibit B.**,

5.     The Debtor Objects to the amount of this claim, because the debt being claimed

still consist of pre-bankruptcy charges of interest, liens and possible collection fees;

6.     The Debtor acknowledges that the Creditor did discharge some of the Debtor

Pre-Bankruptcy Debt regarding the subject properties, but argues that the amount of

the Pre-Petition Debt was not in accordance to October 29, 2014 like the New Haven

WPCA regarding the same identical properties; Please see **Exhibit C.**,

7.     The Debtor objects to the amount of this claim, because it includes a property

known as 83-85 Willis Street, New Haven CT 06511 which was foreclosed on April 4,

2016 by Mortgage Electronic Registration Systems, Inc.

**WHEREFORE**, the Debtor objects to this Claim and respectfully moves this Court

to Disallow this Claim because its represents pre-bankruptcy debt that was discharge

as a result of the Debtor's Chapter 7 petition. And although the Creditor did discharge a

portion of the debt, the Creditor failed to discharge the correct amount and credit the

accounts for the payments received as a result of the Chapter 7 petition.

2

In support of the Debtor's objection to Claim No. 5. attached and made hereto

a part of the record are the Debtor's Exhibits in support of the Objection to Claim.

Dated at Shelton Connecticut this December 7, 2016.

RESPECTFULLY SUBMITTED THE DEBTOR

By: _____

Johnny Ray Moore, Pro Se
15 Sachem Drive
Shelton CT. 06484
203-395-4284
Johnnyraybanker@gmail.com

3

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

**IN RE:**

| | | |
|---|---|---|
| **JOHNNY RAY MOORE** | : | **CHAPTER 13** |
| **DEBTOR** | : | |
| | : | **CASE NO: 16-51133 JAM** |
| | : | |
| | : | **DECEMBER 7, 2016** |
| | : | |
| | : | **Doc. No. ____** |

## DEBTOR EXHIBITS IN SUPPORT OF OBJECTION TO CLAIM

The following Exhibit, is attached hereto and made a part of the record in

support of the Debtor's Objection to Claim:

1. **Exhibit A** - Copy of a letter from the Law Office of William G. Reveley & Associates,

LLC,

2. **Exhibit B**- Copy of Creditors Proof Claim filed with the Court without any proof of

liens,

3. **Exhibit C**- Copy of the Creditor Pre-Petition Debt prior to any Discharge.

SUBMITTED BY THE DEBTOR,

Johnny Ray Moore, Pro Se
19 Sachem Drive
Shelton CT. 06484
203-395-4284
Johnnyraybanker@gmail.com

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

IN RE:

| | | |
|---|---|---|
| **JOHNNY RAY MOORE** | : | **CHAPTER 13** |
| **DEBTOR** | : | |
| | : | **CASE NO: 16-51133 JAM** |
| | : | |
| | : | **DECEMBER 7, 2016** |

## ORDER SUSTAINING OBJECTION TO CLAIM

The objection of Johnny Ray Moore, the Debtor dated December 7, 2016, to proof

of Claim filed in this proceeding having come before this Court after due notice and a

hearing; it is hereby

**ORDERED**: that the objection is sustained as to the following:

Claim No. 5. Filed October 31, 2016 in the amount of $ $7,387.73 is disallowed.

**ORDERED**: that the amount of the claim allowed is _____.

THE COURT

_____
BANKRUTPCY / JUDGE

## CERTIFICATION

I HEREBY CERIFY that a copy of the objection and exhibits was mailed, U.S. first

class, postage Prepaid, on December 7, 2016, to the following parties listed below:

Water Pollution Control Authority
For the City of Bridgeport
c/o Law Office of Juda J. Epstein
3543 Main Street
Bridgeport, CT. 06606

Water Pollution Control Authority
For the City of Bridgeport
695 Seaview Avenue
Bridgeport, CT 06607-1628

Tower Lien, LLC
P.O.Box 823502
Philadelphia, PA 19182-3502

Tower Lien LLC
Marcus Law Firm
275 Branford Road
Branford, CT 06471
c/o Mark L. Bergamo, Esq.

US Bank, National Association as
Custodian for Tower DBW VI 2016-1 Trust
P.O.Box 645040
Cincinnati, OH 45264-5040

Hampshire House Condo Assoc.
c/o Mattew k. Beatman
Zeisler & Zeisler, P.C.
10 Middle Street, 15th floor
Bridgeport CT 06604-4299

Regional Water Authority
c/o Mike McKeon
90 Sargent Drive
New Haven, CT 06511-5918

State of CT, Dept. of Rev. Serv.
attn.: Maria Santos, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1746

North East Medical Group
P.O.Box 417514
Boston, Ma 02241-7514

Ally Bank
P.O.Box 130424
Roseville MN 55113-0004

US Bank, National Association
Mark L. Bergam, Esq.
the Marcus Law Firm
275 Branford Road
Branford, CT 06471-1337

Bridgeport Anesthesia
P.O.Box 454
Ruth, NJ 07070-0454

Frontier Communication
Bankruptcy Dept.
19 John Street
Middletown, NY 10940-4918

Hampshire House Condo Assoc.
c/o Edward Walsh, Esq.
Bai, Pollock, Bluewiess & Mulcahey, PC
Two Corporate Drive
Shelton, CT 06484-6238

Bank of America
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O.Box 17933
San Diego, Ca 92177-7921

PennyMac Holdings LLC
Attn: Linda St. Pierre, Esq.
50 Weston Street
Hartford, CT 06120

JPMorgan Chase Bank, N.A.
Mail Code LA4-5555
700 Kanas Lane
Monroe, LA 71203-4774

Bank of America
P.O.Box 26012
NC4-105—2-99
Greensboro, NC 27420-6012

Attorney Barbara H. Katz, Trustee
57 Trumbull Street
New Haven, CT 06510-2022

William G. Reveley & Associates, LLC
Tolland Professional Center
117 Hartford Turnpike
Tolland, Connecticut 06084

U.S.Trustee
Office of the U.S.Trustee
Giaimo Federal Building
150 Court Street
New Haven, CT 06510-2022

Molly T. Whiton, Trustee 13
10 Columbus Street
Hartford, CT 06106-2073

PennyMac Loan Service, LLC
Attn: Legal/Bankruptcy Dept.
6101 Condor Drive, Suite 310
Moorpark, CA 92177-7921

Specialized Loan Servicing, LLC
Attn: Bankruptcy Dept.
8742 Lucent Blvd., Suite 300
Highlands Ranch, Colorado 80129

JPMorgan Chase Bank, N.A.
Attn: Victoria Forcella, Esq.
50 Weston Street
Hartford CT 06120

Holley Claiborn, Esq., U.S.Trustee
Office of the U.S.Trustee
Giaimo Federal Building
150 Court Street
New Haven, CT 06510-2022

THE DEBTOR
By: _____

Johnny Ray Moore, Pro Se
15 Sachem Drive
Shelton CT. 06484
203-395-4284
Johnnyraybanker@gmail.com

# EXHIBIT _*A*_ .

**Fill in this information to identify the case:**

Debtor 1    JOHNNY RAY MOORE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____ CT _____

Case number    16-51133

2016 OCT 31 P 12: 27

FILED
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | **REGIONAL WATER AUTHORITY**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor  SOUTH CENTRAL CT REGIONAL WATER AUTHORITY |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| MIKE MCKEON | REGIONAL WATER AUTHORITY |
| Name | Name |
| 90 SARGENT DR | 90 SARGENT DR |
| Number      Street | Number      Street |
| NEW HAVEN      CT      06511 | NEW HAVEN      CT      06511 |
| City      State      ZIP Code | City      State      ZIP Code |
| Contact phone 203-401-6746 | Contact phone 203-624-6671 |
| Contact email MMCKEON@RWATER.COM | Contact email ask.billing@rwater.com |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

NA _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____<br>MM / DD  / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

9

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  4   7   8   8

**7. How much is the claim?**   $_____7,387.73 . Does this amount include interest or other charges?

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

WATER CHARGES

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection:   STATUTORY LIEN

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____
Amount of the claim that is secured:   $_____7,387.73
Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____7,387.73

Annual Interest Rate (when case was filed) 18.00 %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

/0

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use: 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

The person completing this claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10 / 25 / 2016
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | ROCHELLE | | KOWALSKI |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | CONTROLLER | | |
| Company | South Central Connecticut Regional Water Authority | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 90 Sargent Drive | | |
| | Number      Street | | |
| | New Haven | CT | 06511 |
| | City | State | ZIP Code |
| Contact phone | | Email | |

≈ Regional **Water** Authority   Filed 10/31/16   Desc Main Document   Page 10


The Watershed Fund
REGIONAL WATER AUTHORITY

To pay your bill, go to www.rwater.com or call (203) 562-4020 with your 4-digit pin number. Your default pin number is the last four digits of your account number.

Contribute:
☐ $10
☐ $5
☐ $1
☐ Other: _____

| AMOUNT DUE |
| --- |
| **$2,055.09** |

| AMOUNT PAID |
| --- |

0211704721000020550911

ldlqdlllllllllllllllllllllllllllllllllllllllllll
JOHNNY RAY MOORE
102 ADELINE ST
NEW HAVEN CT 06519

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102
ldlllllllllllllllllllllllllllllllllllllllllllll

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT   **211704721**   **PAYABLE UPON RECEIPT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS | ACCOUNT DESCRIPTION |
| --- | --- | --- | --- |
| 0057717053 | **211704721** | 127 CEDAR HILL AVE | PRE-PETION |

**CURRENT BILLING INFORMATION**

BILLING DATE............................................10/12/16
WATER FOR SERVICE FROM.....03/05/16 to 08/24/16
CURRENT METER READING..........................214000

USAGE THIS PERIOD

75 CCF (56,100 Gallons)
(Estimate)

THIS PERIOD LAST YEAR

42 CCF (31,416 Gallons)
(Actual)

Each 100 Cubic feet (CCF) equals 748 gallons of water

**CHARGES**

BALANCE FORWARD...................................... 1,596.11
WATER CHARGES
   5/8 INCH METER # 0057717053
      SERVICE CHARGE...................104.40
      USAGE CHARGE
         50 CCF x $3.6840..............184.20
         25 CCF x $3.9420................98.55
TOTAL CURRENT WATER CHARGE.....................387.15
INTEREST CHARGE.............................................. 71.83

PLEASE PAY THIS AMOUNT........................ **$2,055.09**

**FINAL BILL**

**PAYMENT HISTORY & TERMS**

LAST PAYMENT...................................................$0.00

Balances over 30 days old are subject to an interest charge of 1.5% per month. To avoid interest on the current charges, payment must be received by 11/11/16. Please allow time for mailing and processing.

Bills may be paid at these locations:

East Haven - United Check Cashing - 689 Foxon Rd
East Haven - Alex Grocery - 418 Main St
Hamden - CT State Check Cashing - 960 Dixwell Ave
Hamden - Krauszer's - 1959 State St
New Haven - RWA Office - 90 Sargent Dr
New Haven - Visel's Pharmacy - 714 Dixwell Ave
New Haven - C-Town Supermarket - 325 Ferry St
New Haven - C-Town Supermarket - 482 Greenwich Ave
New Haven - CT State Check Cashing - 426 Whalley Ave
New Haven - CT State Check Cashing - 630 Ella Grasso Blvd
West Haven - C & A Market - 1088 Boston Post Rd
West Haven - Grillo's Market - 137 Campbell Ave
West Haven - Shop Rite Supermarket - 1131 Campbell Ave

**CUSTOMER INFORMATION**

**Try RWA Online Solution - Go Paperless**
- Manage your account
- Set up Electronic Billing
- Make a Payment

**Protect Your Family from Scams**
NEVER allow an unexpected service person into your home without checking their ID. Also, look for the Regional Water Authority (RWA) logo on their shirt or jacket and for an RWA vehicle.

Go to **www.rwater.com** for more details

*IMPORTANT BILLING INFORMATION ON REVERSE SIDE*

REGIONAL WATER AUTHORITY CUSTOMER SERVICE · 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 · TELEPHONE: (203) 562-4020

Form   00023

| Post Date | Net Date | Name | Amount | Curr Total |
|---|---|---|---|---|
| 10/12/2016 | 10/12/2016 | Final Billing | 387.15 | 2,055.09 |
| 09/16/2016 | 09/16/2016 | Interest | 71.83 | 1,667.94 |
| 10/12/2016 | 09/12/2016 | Reversal | 412.02- | 1,596.11 |
| 09/09/2016 | 09/12/2016 | Consumption Billing | 412.02 | 2,008.13 |
| 06/13/2016 | 06/14/2016 | Consumption Billing | 237.88 | 1,596.11 |
| 06/13/2016 | 06/13/2016 | Consumption Billing | 0.00 | 1,358.23 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 939.23 | 1,358.23 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 496.35 | 419.00 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 494.88 | 77.35- |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 251.51 | 572.23- |
| 06/11/2016 | 08/07/2012 | Payment | 823.74- | 823.74- |

13

Case 16-51133   Doc 5-1   Filed 10/31/16   Desc Main Document   Page 6



≈ Regional **Water** Authority

To pay your bill, go to www.rwater.com or call (203) 562-4020 with your 4-digit
pin number. Your default pin number is the last four digits of your account
number.

| | AMOUNT DUE |
|---|---|
| ☐ $10 | **$1,920.09** |
| ☐ $5 | |
| ☐ $1 | **AMOUNT PAID** |
| ☐ Other: _____ | |

02117047540000192009 6

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
JOHNNY RAY MOORE
102 ADELINE ST
NEW HAVEN CT 06519

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

---

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT     211704754     **PAYABLE UPON RECEIPT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS | ACCOUNT DESCRIPTION |
|---|---|---|---|
| 0060248730 | **211704754** | 83-85 WILLIS ST | PRE PETION |

**CURRENT BILLING INFORMATION**

BILLING DATE..................................10/12/16
WATER FOR SERVICE FROM.....06/15/16 to 08/24/16
CURRENT METER READING..........................246000

USAGE THIS PERIOD

8 CCF (5,984 Gallons)
(Estimate)

THIS PERIOD LAST YEAR

26 CCF (19,448 Gallons)
(Actual)

Each 100 Cubic feet (CCF) equals 748 gallons of water

**CHARGES**

BALANCE FORWARD.....................................1,766.96
WATER CHARGES
  **5/8 INCH METER # 0060248730**
    SERVICE CHARGE....................44.23
    USAGE CHARGE
      2 CCF x $3.6840....................7.37
      6 CCF x $3.9420..................23.65
TOTAL CURRENT WATER CHARGE.....................75.25
INTEREST CHARGE............................................77.88

**PLEASE PAY THIS AMOUNT.........................$1,920.09**

**FINAL BILL**

**PAYMENT HISTORY & TERMS**

LAST PAYMENT................................................$500.00
RECEIVED.........................................................06/11/16

Balances over 30 days old are subject to an interest charge
of 1.5% per month. To avoid interest on the current
charges, payment must be received by **11/11/16**. Please
allow time for mailing and processing.

Bills may be paid at these locations:

East Haven - United Check Cashing - 689 Foxon Rd
East Haven - Alex Grocery - 418 Main St
Hamden - CT State Check Cashing - 960 Dixwell Ave
Hamden - Krauszer's - 1959 State St
New Haven - RWA Office - 90 Sargent Dr
New Haven - Visel's Pharmacy - 714 Dixwell Ave
New Haven - C-Town Supermarket - 325 Ferry St
New Haven - C-Town Supermarket - 482 Greenwich Ave
New Haven - CT State Check Cashing - 426 Whalley Ave
New Haven - CT State Check Cashing - 630 Ella Grasso Blvd
West Haven - C & A Market - 1088 Boston Post Rd
West Haven - Grillo's Market - 137 Campbell Ave
West Haven - Shop Rite Supermarket - 1131 Campbell Ave

**CUSTOMER INFORMATION**

**Try RWA Online Solution - Go Paperless**
- Manage your account
- Set up Electronic Billing
- Make a Payment

**Protect Your Family from Scams**
NEVER allow an unexpected service person into your
home without checking their ID. Also, look for the
Regional Water Authority (RWA) logo on their shirt or
jacket and for an RWA vehicle.

**Go to www.rwater.com for more details**

*IMPORTANT BILLING INFORMATION ON REVERSE SIDE*

REGIONAL WATER AUTHORITY CUSTOMER SERVICE - 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 - TELEPHONE: (203) 562-4020

Form   0005

Chronological Display of Account Changes

| Post Date | Net Date | Name | Amount | Curr. Total |
|---|---|---|---|---|
| 10/12/2016 | 10/12/2016 | Final Billing | 75.25 | 1,920.09 |
| 10/12/2016 | 09/19/2016 | Reversal | 107.59- | 1,844.84 |
| 09/16/2016 | 09/19/2016 | Consumption Billing | 107.59 | 1,952.43 |
| 09/16/2016 | 09/16/2016 | Interest | 77.88 | 1,844.84 |
| 06/17/2016 | 06/20/2016 | Consumption Billing | 108.94 | 1,766.96 |
| 06/13/2016 | 06/13/2016 | Payment | 0.00 | 1,658.02 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 97.89 | 1,658.02 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 520.06 | 1,560.13 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 643.25 | 1,040.07 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 764.69 | 396.82 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 308.40 | 367.87- |
| 06/11/2016 | 05/26/2014 | Payment | 500.00- | 676.27- |
| 06/11/2016 | 08/07/2012 | Payment | 176.27- | 176.27- |

Case 16-51133   Claim 5-1   Filed 10/31/16   Desc Main Document   Page 4

# Regional Water Authority

To pay your bill, go to www.rwater.com or call (203) 562-4020 with your 4-digit pin number. Your default pin number is the last four digits of your account number.

| Contribution | |
|---|---|
| ☐ $10 | **AMOUNT DUE** |
| ☐ $5 | **$1,696.08** |
| ☐ $1 | |
| ☐ Other: _____ | **AMOUNT PAID** |

02117047880000169608位

JOHNNY RAY MOORE
102 ADELINE ST
NEW HAVEN CT 06519

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102

---

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT        211704788        **PAYABLE UPON RECEIPT**

---

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS | ACCOUNT DESCRIPTION |
|---|---|---|---|
| 0044217718 | **211704788** | 20 WILLIS ST | PRE PETION |

## CURRENT BILLING INFORMATION

BILLING DATE.............................................10/12/16
WATER FOR SERVICE FROM.....06/15/16 to 08/24/16
CURRENT METER READING...........................236020

**USAGE THIS PERIOD**

 14 CCF (10,472 Gallons)
(Estimate)

**THIS PERIOD LAST YEAR**

19 CCF (14,212 Gallons)
(Actual)

Each 100 Cubic feet (CCF) equals 748 gallons of water

## PAYMENT HISTORY & TERMS

LAST PAYMENT...............................................$500.00
RECEIVED........................................................06/11/16

Balances over 30 days old are subject to an interest charge of 1.5% per month. To avoid interest on the current charges, payment must be received by 11/11/16. Please allow time for mailing and processing.

## CUSTOMER INFORMATION

### Try RWA Online Solution - Go Paperless
- Manage your account
- Set up Electronic Billing
- Make a Payment

### Protect Your Family from Scams
NEVER allow an unexpected service person into your home without checking their ID. Also, look for the Regional Water Authority (RWA) logo on their shirt or jacket and for an RWA vehicle.

Go to **www.rwater.com** for more details

*IMPORTANT BILLING INFORMATION ON REVERSE SIDE*

## CHARGES

BALANCE FORWARD....................................... 1,530.65
WATER CHARGES
  **5/8 INCH METER # 0044217718**
    SERVICE CHARGE....................44.23
    USAGE CHARGE
      3 CCF x $3.6840..................11.05
      11 CCF x $3.9420................43.36
TOTAL CURRENT WATER CHARGE......................98.64
INTEREST CHARGE...............................................66.79

**PLEASE PAY THIS AMOUNT.......................... $1,696.08**

**FINAL BILL**

Bills may be paid at these locations:

East Haven - United Check Cashing - 689 Foxon Rd
East Haven - Alex Grocery - 418 Main St
Hamden - CT State Check Cashing - 960 Dixwell Ave
Hamden - Krauszer's - 1959 State St
New Haven - RWA Office - 90 Sargent Dr
New Haven - Visel's Pharmacy - 714 Dixwell Ave
New Haven - C-Town Supermarket - 325 Ferry St
New Haven - C-Town Supermarket - 482 Greenwich Ave
New Haven - CT State Check Cashing - 426 Whalley Ave
New Haven - CT State Check Cashing - 630 Ella Grasso Blvd
West Haven - C & A Market - 1088 Boston Post Rd
West Haven - Grillo's Market - 137 Campbell Ave
West Haven - Shop Rite Supermarket - 1131 Campbell Ave

---

REGIONAL WATER AUTHORITY CUSTOMER SERVICE - 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 - TELEPHONE: (203) 562-4020

| Post Date | Net Date | Name | Amount | Curr Total |
|---|---|---|---|---|
| 10/12/2016 | 10/12/2016 | Final Billing | 98.64 | 1,696.08 |
| 10/12/2016 | 09/19/2016 | Reversal | 138.87- | 1,597.44 |
| 09/16/2016 | 09/19/2016 | Consumption Billing | 138.87 | 1,736.31 |
| 09/16/2016 | 09/16/2016 | Interest | 66.79 | 1,597.44 |
| 06/17/2016 | 06/20/2016 | Consumption Billing | 138.41 | 1,530.65 |
| 06/13/2016 | 06/13/2016 | Payment | 0.00 | 1,392.24 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 138.41 | 1,392.24 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 494.28 | 1,253.83 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 462.19 | 759.55 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 1,114.44 | 297.36 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 696.24 | 817.08- |
| 06/11/2016 | 03/30/2015 | Payment | 500.00- | 1,513.32- |
| 06/11/2016 | 05/26/2014 | Payment | 500.00- | 1,013.32- |
| 06/11/2016 | 08/07/2012 | Payment | 513.32- | 513.32- |

≈Regional **Water** Authority   Filed 10/31/16   Desc Main Document   Contribution Page 8



To pay your bill, go to www.rwater.com or call (203) 562-4020 with your 4-digit
pin number. Your default pin number is the last four digits of your account
number.

☐ $10
☐ $5
☐ $1
☐ Other: _____

**AMOUNT DUE**
**$1,716.47**

**AMOUNT PAID**

The Watershed Fund
REGIONAL WATER AUTHORITY

0211704747000017164 78

 իգիվիվ iolpmlimlll [vililllllllllllll pwmll pllllpn iplll

JOHNNY RAY MOORE
102 ADELINE ST
NEW HAVEN CT 06519

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102

իգիpplpllpllllllllllllllplllhllllllpllllllbpwlllpnlp

---

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT    211704747    **PAYABLE UPON RECEIPT**

---

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS | ACCOUNT DESCRIPTION |
|---|---|---|---|
| 0010701873 | **211704747** | 102 ADELINE ST | PRE PETION |

**CURRENT BILLING INFORMATION**

BILLING DATE...........................................10/12/16
WATER FOR SERVICE FROM.....06/22/16 to 08/24/16
CURRENT METER READING...........................62000

USAGE THIS PERIOD

▨ 13 CCF (9,724 Gallons)
(Estimate)
THIS PERIOD LAST YEAR

▨ 64 CCF (47,872 Gallons)
(Actual)

Each 100 Cubic feet (CCF) equals 748 gallons of water

**CHARGES**

BALANCE FORWARD.................................... 1,557.12
WATER CHARGES
  **5/8 INCH METER # 0010701873**
    SERVICE CHARGE....................40.10
    USAGE CHARGE
      1 CCF x $3.6840....................3.68
      12 CCF x $3.9420................47.30
TOTAL CURRENT WATER CHARGE.....................91.08
INTEREST CHARGE..............................................68.27

**PLEASE PAY THIS AMOUNT.........................$1,716.47**

**FINAL BILL**

**PAYMENT HISTORY & TERMS**

LAST PAYMENT.................................................$0.00

Balances over 30 days old are subject to an interest charge
of 1.5% per month. To avoid interest on the current
charges, payment must be received by **11/11/16**. Please
allow time for mailing and processing.

Bills may be paid at these locations:

East Haven - United Check Cashing - 689 Foxon Rd
East Haven - Alex Grocery - 418 Main St
Hamden - CT State Check Cashing - 960 Dixwell Ave
Hamden - Krauszer's - 1959 State St
New Haven - RWA Office - 90 Sargent Dr
New Haven - Visel's Pharmacy - 714 Dixwell Ave
New Haven - C-Town Supermarket - 325 Ferry St
New Haven - C-Town Supermarket - 482 Greenwich Ave
New Haven - CT State Check Cashing - 426 Whalley Ave
New Haven - CT State Check Cashing - 630 Ella Grasso Blvd
West Haven - C & A Market - 108B Boston Post Rd
West Haven - Grillo's Market - 137 Campbell Ave
West Haven - Shop Rite Supermarket - 1131 Campbell Ave

**CUSTOMER INFORMATION**

**Try RWA Online Solution - Go Paperless**
  ● Manage your account
  ● Set up Electronic Billing
  ● Make a Payment

**Protect Your Family from Scams**
NEVER allow an unexpected service person into your
home without checking their ID. Also, look for the
Regional Water Authority (RWA) logo on their shirt or
jacket and for an RWA vehicle.

Go to **www.rwater.com** for more details

*IMPORTANT BILLING INFORMATION ON REVERSE SIDE*

---

REGIONAL WATER AUTHORITY CUSTOMER SERVICE - 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 - TELEPHONE: (203) 562-4020

Form   00024

| Post Date | Net Date | Name | Amount | Current Total |
|---|---|---|---|---|
| 10/12/2016 | 10/12/2016 | Final Billing | 91.08 | 1,716.47 |
| 10/12/2016 | 09/26/2016 | Reversal | 112.08- | 1,625.39 |
| 09/23/2016 | 09/26/2016 | Consumption Billing | 112.08 | 1,737.47 |
| 09/16/2016 | 09/16/2016 | Interest | 68.27 | 1,625.39 |
| 06/24/2016 | 06/27/2016 | Consumption Billing | 119.99 | 1,557.12 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 156.83 | 1,437.13 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 1,106.25 | 1,280.30 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 445.46 | 174.05 |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 362.66 | 271.41- |
| 06/11/2016 | 06/13/2016 | Consumption Billing | 165.93 | 634.07- |
| 06/13/2016 | 09/24/2014 | On Account | 0.00 | 800.00- |
| 06/11/2016 | 09/24/2014 | On Account | 300.00- | 800.00- |
| 06/11/2016 | 05/26/2014 | Payment | 500.00- | 500.00- |

# EXHIBIT _β_ .

**WILLIAM G. REVELEY & ASSOCIATES, LLC**
Attorneys at Law

Tolland Professional Center
117 Hartford Turnpike
Tolland, Connecticut 06084
Tel: (860) 872-0686
Fax: (860) 870-7991

Mailing Address
P.O. Box 657
Vernon, CT 06066

July 22, 2015

Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484

Re:   Greater New Haven Water Pollution Control Authority
      Account Nos.: 0104988-00234996 127 Cedar Hill Ave, New Haven
                    0118485-00234996 83-85 Willis St., New Haven
                    0118590-00234996 20 Willis St., New Haven
                    0146223-00234996 102 Adeline St, New Haven
      Bankruptcy Case 12-51207

Dear Mr. Moore:

Pursuant to your letter of July 1, 2015 addressed to the Greater New Haven
Water Pollution Control Authority, enclosed please find an itemization showing sewer
charges, interest, lien fees and collection fees for each of the above listed accounts.
The Greater New Haven WPCA did not receive notice of your bankruptcy when you
filed on May 31, 2012 or thereafter. I have reviewed your bankruptcy file on the U.S.
Bankruptcy Court website and it appears that you converted from a Chapter 11 to a
Chapter 7 on October 29, 2014. Accordingly, for each of the above accounts, two
accounts have been created by the WPCA. One which is pre-bankruptcy for charges
incurred on the account prior to October 29, 2014 and a second account which is post-
bankruptcy for charges incurred on the account after October 29, 2014. The second
post-bankruptcy account is not discharged by the bankruptcy and will be billed to you by
The Greater New Haven WPCA.

William G. Reveley
wgreveley@sbcglobal.net
THIS IS A COMMUNICATION FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT
A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed are copies of the new billing from The Greater New Haven WPCA.  If you have any questions, please do not hesitate to contact me.

Sincerely,

William G. Reveley,

WGR:cn

William G. Reveley
wgreveley@sbcglobal.net
THIS IS A COMMUNICATION FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT
A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

22



Account# 0104988-00234996                    Figures good through 07/31/15
(Bankruptcy Account)
127 Cedar Hill Ave, New Haven
Moore

| Bill Date | Billing Period | Princ | Interest | Lien | Coll Fees | Total |
|-----------|----------------|-------|----------|------|-----------|-------|
| 10/16/2009 | 10/01/09-12/31/09 | 69.42 | 33.35 | 14.00 | 32.61 | 149.38 |
| 1/15/2010 | 01/01/10-03/31/10 | 84.34 | 26.96 | 0.00 | 39.13 | 150.43 |
| 4/16/2010 | 04/01/10-06/30/10 | 84.34 | 16.92 | 0.00 | 32.61 | 133.87 |
| 7/16/2010 | 07/01/10-09/30/10 | 118.08 | 15.51 | 0.00 | 0.00 | 133.59 |
| 10/20/2010 | 10/01/10-12/31/10 | 118.08 | 20.82 | 0.00 | 0.00 | 138.90 |
| 1/20/2011 | 01/01/11-03/31/11 | 118.08 | 26.13 | 0.00 | 0.00 | 144.21 |
| 4/26/2011 | 04/01/11-06/30/11 | 118.08 | 31.46 | 14.00 | 0.00 | 163.54 |
| 7/14/2011 | 07/01/11-09/30/11 | 129.28 | 37.12 | 0.00 | 0.00 | 166.40 |
| 10/13/2011 | 10/01/11-12/31/11 | 129.28 | 42.92 | 0.00 | 0.00 | 172.20 |
| 1/14/2012 | 01/01/12-03/31/12 | 129.28 | 48.73 | 0.00 | 0.00 | 178.01 |
| 4/14/2012 | 04/01/12-06/30/12 | 129.28 | 54.55 | 14.00 | 0.00 | 197.83 |
| 7/14/2012 | 07/01/12-09/30/12 | 95.50 | 59.37 | 14.00 | 0.00 | 168.87 |
| 10/13/2012 | 10/01/12-12/31/12 | 95.50 | 45.49 | 0.00 | 0.00 | 140.99 |
| Payment | 11/9/2012 - $817.29 | -697.12 | -120.17 | 0.00 | 106.60 | -710.69 |
| 1/15/2013 | 01/01/13-03/31/13 | 95.50 | 40.69 | 14.00 | 0.00 | 150.19 |
| 4/17/2013 | 04/01/13-06/30/13 | 95.50 | 45.00 | 0.00 | 0.00 | 140.50 |
| 7/19/2013 | 07/01/13-09/30/13 | 94.65 | 49.28 | 14.00 | 0.00 | 157.93 |
| 10/19/2013 | 10/01/13-12/31/13 | 94.65 | 53.52 | 0.00 | 0.00 | 148.17 |
| 1/18/2014 | 01/01/14-03/31/14 | 94.65 | 57.77 | 14.00 | 0.00 | 166.42 |
| 4/22/2014 | 04/01/14-06/30/14 | 94.65 | 62.03 | 0.00 | 0.00 | 156.68 |
| 7/18/2014 | 07/01/14-09/30/14 | 91.75 | 66.21 | 14.00 | 0.00 | 171.96 |
| 10/18/2014 | | | 70.35 | 0.00 | 0.00 | 70.35 |
| 1/17/2015 | | | 74.47 | 14.00 | 0.00 | 88.47 |
| 4/21/2015 | | | 78.60 | 0.00 | 0.00 | 78.60 |
| 7/21/2015 | | | 22.53 | 0.00 | 398.52 | 421.05 |
| **TOTALS** | | 1382.77 | 959.61 | 126.00 | 609.47 | 3077.85 |



**Account# 0104988-00334959**
**(Post-Bankruptcy - Active Account)**
**127 Cedar Hill Ave, New Haven**
**Moore**

**Figures good through 07/31/15**

| Bill Date | Billing Period | Princ | Interest | Lien | Total |
|-----------|----------------|-------|----------|------|-------|
| 10/18/2014 | 10/29/14-12/31/14 | 91.75 | 0.00 | 0.00 | 91.75 |
| 1/17/2015 | 01/01/15-03/31/15 | 91.75 | 0.00 | 0.00 | 91.75 |
| 4/21/2015 | 04/01/15-06/30/15 | 91.75 | 0.00 | 0.00 | 91.75 |
| 7/21/2015 | 07/01/15-09/30/15 | 88.43 | 4.13 | 0.00 | 92.56 |
| **TOTALS** | | **363.68** | **4.13** | **0.00** | **367.81** |



**Account# 0118485-00234996**                    Figures good through 07/31/15
**(Bankruptcy Account)**
**83-85 Willis St, New Haven**
**Moore**

| Bill Date | Billing Period | Princ | Interest | Lien | Coll Fees | Total |
|---|---|---|---|---|---|---|
| 10/16/2009 | 10/01/09-12/31/09 | 59.58 | 0.00 | 0.00 | 0.00 | 59.58 |
| 1/15/2010 | 01/01/10-03/31/10 | 133.54 | 32.39 | 0.00 | 39.13 | 205.06 |
| 4/16/2010 | 04/01/10-06/30/10 | 133.54 | 22.28 | 0.00 | 52.17 | 207.99 |
| 7/16/2010 | 07/01/10-09/30/10 | 118.08 | 18.90 | 0.00 | 0.00 | 136.98 |
| 10/20/2010 | 10/01/10-12/31/10 | 118.08 | 24.21 | 0.00 | 0.00 | 142.29 |
| 1/20/2011 | 01/01/11-03/31/11 | 118.08 | 29.52 | 0.00 | 0.00 | 147.6 |
| 4/26/2011 | 04/01/11-06/30/11 | 118.08 | 34.85 | 14.00 | 0.00 | 166.93 |
| 7/14/2011 | 07/01/11-06/30/11 | 107.86 | 39.85 | 0.00 | 0.00 | 147.71 |
| 10/13/2011 | 10/01/11-12/31/11 | 107.86 | 44.70 | 0.00 | 0.00 | 152.56 |
| 1/14/2012 | 01/01/12-03/31/12 | 107.86 | 49.56 | 0.00 | 0.00 | 157.42 |
| 4/14/2012 | 04/01/12-06/30/12 | 107.86 | 54.42 | 14.00 | 0.00 | 176.28 |
| 7/14/2012 | 07/01/12-09/30/12 | 115.30 | 34.76 | 14.00 | 0.00 | 164.06 |
| Payment | 8/10/12 - $1089.44 | -901.08 | -174.36 | -14.00 | 142.10 | -947.34 |
| 10/13/2012 | 10/01/12-12/31/12 | 115.30 | 27.58 | 0.00 | 0.00 | 142.88 |
| 1/15/2013 | 01/01/13-03/31/13 | 115.30 | 32.77 | 14.00 | 0.00 | 162.07 |
| 4/17/2013 | 04/01/13-06/30/13 | 115.30 | 37.96 | 0.00 | 0.00 | 153.26 |
| 7/19/2013 | 07/01/13-09/30/13 | 130.15 | 43.59 | 14.00 | 0.00 | 187.74 |
| 10/19/2013 | 10/01/13-12/31/13 | 130.15 | 49.44 | 0.00 | 0.00 | 179.59 |
| 1/18/2014 | 01/01/14-03/31/14 | 130.15 | 55.29 | 14.00 | 0.00 | 199.44 |
| 4/22/2014 | 04/01/14-06/30/14 | 130.15 | 61.16 | 0.00 | 0.00 | 191.31 |
| 7/18/2014 | 07/01/14-09/30/14 | 140.50 | 67.32 | 14.00 | 0.00 | 221.82 |
| 10/18/2014 | | | 73.64 | 0.00 | 0.00 | 73.64 |
| 1/17/2015 | | | 79.97 | 14.00 | 0.00 | 93.97 |
| 4/21/2015 | | | 86.30 | 0.00 | 0.00 | 86.30 |
| 7/21/2015 | | | 23.14 | 0.00 | 391.37 | 414.51 |
| **TOTALS** | | 1451.64 | 849.24 | 98.00 | 624.77 | 3023.65 |



**Account# 0118485-00334960**
**(Post-Bankruptcy - Active Account)**
**83-85 Willis St, New Haven**
**Moore**

Figures good through 07/31/15

| Bill Date | Billing Period | Princ | Interest | Lien | Total |
|---|---|---|---|---|---|
| 10/18/2014 | 10/29/14-12/31/14 | 140.50 | 0.00 | 0.00 | 140.50 |
| 1/17/2015 | 01/01/15-03/31/15 | 140.50 | 0.00 | 0.00 | 140.50 |
| 4/21/2015 | 04/01/15-06/30/15 | 140.50 | 0.00 | 0.00 | 140.50 |
| 7/21/2015 | 07/01/15-09/30/15 | 124.16 | 6.32 | 0.00 | 130.48 |
| **TOTALS** | | 545.66 | 6.32 | 0.00 | 551.98 |

26



Account# 0118590-00234996                                    Figures good through 07/31/15
(Bankruptcy Account)
20 Willis St, New Haven
Moore

| Bill Date | Billing Period | Princ | Interest | Lien | Coll Fees | Total |
|-----------|----------------|-------|----------|------|-----------|-------|
| 1/15/2010 | 01/01/10-03/31/10 | 135.10 | 17.74 | 0.00 | 26.09 | 178.93 |
| 4/16/2010 | 04/01/10-06/30/10 | 136.00 | 15.08 | 0.00 | 19.57 | 170.65 |
| 7/16/2010 | 07/01/10-09/30/10 | 75.48 | 15.19 | 0.00 | 0.00 | 90.67 |
| 10/20/2010 | 10/01/10-12/31/10 | 75.48 | 18.58 | 0.00 | 0.00 | 94.06 |
| 1/20/2011 | 01/01/11-03/31/11 | 75.48 | 21.97 | 0.00 | 0.00 | 97.45 |
| 4/26/2011 | 04/01/11-06/30/11 | 75.48 | 25.36 | 14.00 | 0.00 | 114.84 |
| 7/14/2011 | 07/01/11-06/30/11 | 58.90 | 28.27 | 0.00 | 0.00 | 87.17 |
| 10/13/2011 | 10/01/11-12/31/11 | 58.90 | 30.92 | 0.00 | 0.00 | 89.82 |
| 1/14/2012 | 01/01/12-03/31/12 | 58.90 | 33.56 | 0.00 | 0.00 | 92.46 |
| 4/14/2012 | 04/01/12-06/30/12 | 58.90 | 36.22 | 14.00 | 0.00 | 109.12 |
| 7/14/2012 | 07/01/12-09/30/12 | 145.00 | 30.41 | 14.00 | 0.00 | 189.41 |
| Payment | 8/10/12 - $451.32 | -398.77 | -52.55 | 0.00 | 58.87 | -392.45 |
| 10/13/2012 | 10/01/12-12/31/12 | 145.00 | 31.42 | 0.00 | 0.00 | 176.42 |
| 1/15/2013 | 01/01/13-03/31/13 | 145.00 | 37.94 | 14.00 | 0.00 | 196.94 |
| 4/17/2013 | 04/01/13-06/30/13 | 145.00 | 44.47 | 0.00 | 0.00 | 189.47 |
| 7/19/2013 | 07/01/13-09/30/13 | 126.60 | 50.45 | 14.00 | 0.00 | 191.05 |
| 10/19/2013 | 10/01/13-12/31/13 | 126.60 | 56.13 | 0.00 | 0.00 | 182.73 |
| 1/18/2014 | 01/01/14-03/31/14 | 126.60 | 61.82 | 14.00 | 0.00 | 202.42 |
| 4/22/2014 | 04/01/14-06/30/14 | 126.60 | 67.52 | 0.00 | 0.00 | 194.12 |
| 7/18/2014 | 07/01/14-09/30/14 | 129.25 | 73.30 | 14.00 | 0.00 | 216.55 |
| 10/18/2014 | | | 79.12 | 0.00 | 0.00 | 79.12 |
| 1/17/2015 | | | 84.94 | 14.00 | 0.00 | 98.94 |
| 4/21/2015 | | | 58.82 | 0.00 | 0.00 | 58.82 |
| 7/21/2015 | | | 25.08 | 0.00 | 406.31 | 431.39 |
| TOTALS | | 1625.50 | 891.76 | 112.00 | 510.84 | 3140.10 |



Account# 0118590-00334956
(Post-Bankruptcy - Active Account)
20 Willis St, New Haven
Moore

Figures good through 07/31/15

| Bill Date | Billing Period | Princ | Interest | Lien | Coll Fees | Total |
|---|---|---|---|---|---|---|
| 10/18/2014 | 10/29/14-12/31/14 | 129.25 | 0.00 | 0.00 | 0.00 | 129.25 |
| 1/17/2015 | 01/01/15-03/31/15 | 129.25 | 0.00 | 0.00 | 0.00 | 129.25 |
| Payment | 03/30/15 - $500.00 | | | | 65.22 | -434.78 |
| 4/21/2015 | 04/01/15-06/30/15 | 129.25 | 0.00 | 0.00 | 0.00 | 129.25 |
| Payment | 05/05/15 - $750.00 | | | | 97.83 | -652.17 |
| 7/21/2015 | 07/01/15-09/30/15 | 88.43 | 0.00 | 0.00 | 0.00 | 88.43 |
| **TOTALS** | | | | | | -610.77 CR |

The credit will be left on
account or can be
transferred to other
accounts with customer
authorization



Account# 0146223-00234996
(Bankruptcy Account)
102 Adeline St, New Haven
Moore

Figures good through 07/31/15

| Bill Date | Billing Period | Princ | Interest | Lien | Coll Fees | Total |
|---|---|---|---|---|---|---|
| 10/16/2009 | 10/01/09-12/31/09 | 1.90 | 0.00 | 0.00 | 0.00 | 1.90 |
| 1/15/2010 | 01/01/10-03/31/10 | 128.62 | 19.69 | 0.00 | 26.09 | 174.40 |
| 4/16/2010 | 04/01/10-06/30/10 | 128.62 | 15.02 | 0.00 | 26.09 | 169.73 |
| 7/16/2010 | 07/01/10-09/30/10 | 155.00 | 16.94 | 0.00 | 0.00 | 171.94 |
| 10/20/2010 | 10/01/10-12/31/10 | 155.00 | 23.92 | 0.00 | 0.00 | 178.92 |
| 1/20/2011 | 01/01/11-03/31/11 | 155.00 | 30.89 | 0.00 | 0.00 | 185.89 |
| 4/26/2011 | 04/01/11-06/30/11 | 155.00 | 37.87 | 14.00 | 0.00 | 206.87 |
| 7/14/2011 | 07/01/11-06/30/11 | 65.02 | 42.14 | 0.00 | 0.00 | 107.16 |
| 10/13/2011 | 10/01/11-12/31/11 | 65.02 | 45.07 | 0.00 | 0.00 | 110.09 |
| 1/14/2012 | 01/01/12-03/31/12 | 65.02 | 47.99 | 0.00 | 0.00 | 113.01 |
| 4/14/2012 | 04/01/12-06/30/12 | 65.02 | 50.92 | 14.00 | 0.00 | 129.94 |
| 7/14/2012 | 07/01/12-09/30/12 | 102.10 | 32.58 | 14.00 | 0.00 | 148.68 |
| Payment | 8/10/12 - $901.73 | -784.20 | -117.53 | 0.00 | 117.62 | -784.11 |
| 10/13/2012 | 10/01/12-12/31/12 | 102.10 ✓ | 25.98 | 0.00 | 0.00 | 128.08 |
| 1/15/2013 | 01/01/13-03/31/13 | 102.10 ✓ | 30.57 | 14.00 | 0.00 | 146.67 |
| 4/17/2013 | 04/01/13-06/30/13 | 102.10 ✓ | 35.16 | 0.00 | 0.00 | 137.26 |
| 7/19/2013 | 07/01/13-09/30/13 | 66.25 | 38.69 | 14.00 | 0.00 | 118.94 |
| 10/19/2013 | 10/01/13-12/31/13 | 66.25 ✓ | 41.67 | 0.00 | 0.00 | 107.92 |
| 1/18/2014 | 01/01/14-03/31/14 | 66.25 ✓ | 44.66 | 14.00 | 0.00 | 124.91 |
| 4/22/2014 | 04/01/14-06/30/14 | 66.25 ✓ | 47.64 | 0.00 | 0.00 | 113.89 |
| 7/18/2014 | 07/01/14-09/30/14 | 69.25 ✓ | 50.71 | 14.00 | 0.00 | 133.96 |
| 10/18/2014 | | | 53.83 | 0.00 | 0.00 | 53.83 |
| 1/17/2015 | | | 56.95 | 14.00 | 0.00 | 70.95 |
| 4/21/2015 | | | 60.05 | 0.00 | 0.00 | 60.05 |
| 7/21/2015 | | | 17.25 | 0.00 | 316.63 | 333.88 |
| TOTALS | | 1097.67 | 748.66 | 112.00 | 486.43 | 2444.76 |



**Account# 0146223-00334962**
**(Post-Bankruptcy - Active Account)**
**102 Adeline St, New Haven**
**Moore**

Figures good through 07/31/15

| Bill Date | Billing Period | Princ | Interest | Lien | Total |
|-----------|----------------|-------|----------|------|-------|
| 10/18/2014 | 10/29/14-12/31/14 | 69.25 | 0.00 | 0.00 | 69.25 |
| 1/17/2015 | 01/01/15-03/31/15 | 69.25 | 0.00 | 0.00 | 69.25 |
| 4/21/2015 | 04/01/15-06/30/15 | 69.25 | 0.00 | 0.00 | 69.25 |
| 7/21/2015 | 07/01/15-09/30/15 | 72.55 | 3.12 | 0.00 | 75.67 |
| **TOTALS** | | **280.30** | **3.12** | **0.00** | **283.42** |

# EXHIBIT _C_ .



~Regional Water Authority

To pay your bill, go to www.rwater.com or call (203) 562-4020 with your 4-digit pin number. Your default pin number is the last four digits of your account number.

| AMOUNT DUE |
| --- |
| **$3,057.12** |

☐ $10
☐ $5
☐ $1
☐ Other: _____

| AMOUNT PAID |
| --- |
| |

0210680104000003057122

ɪlⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱ

JOHNNY RAY MOORE
15 SACHEM DR
SHELTON CT 06484-1756

**REMINDER NOTICE**

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102

ɪlⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱⁱ

---

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT          **210680104**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS |
| --- | --- | --- |
| 0057717053 | 210680104 | 127 CEDAR HILL AVE |

# 30 DAY REMINDER NOTICE

| NOTICE DATE | 04/14/2016 |
| --- | --- |
| WATER CHARGES | $2,419.38 |
| FIRE SERVICE CHARGES | $0.00 |
| PRODUCTS AND SERVICES | $0.00 |
| MISCELLANEOUS CHARGES | $0.00 |
| INTEREST DUE | $637.74 |
| **AMOUNT DUE** | **$3,057.12** |

**YOUR IMMEDIATE PAYMENT IS REQUIRED.**

IF YOUR PAYMENT HAS BEEN MAILED, PLEASE ACCEPT OUR THANKS AND DISREGARD THIS NOTICE

**Any invoices not paid when due will constitute a lien against the premises.**

| LAST PAYMENT | $823.74 |
| --- | --- |
| RECEIVED ON | 08/07/2012 |

Bills may be paid at these locations

| | |
| --- | --- |
| East Haven - United Check Cashing - 689 Foxon Rd | New Haven - CT State Check Cashing - 630 Ella Grasso Blvd |
| East Haven - Alex Grocery - 418 Main St | New Haven - RWA Office - 90 Sargent Dr |
| Hamden - CT State Check Cashing - 960 Dixwell Ave | New Haven - Visel's Pharmacy - 714 Dixwell Ave |
| Hamden - Krauszer's - 1959 State St | West Haven - C & A Market - 1088 Boston Post Rd |
| Milford - Shop Rite Supermarket - 155 Cherry St | West Haven - Express Pawn - 961 First Ave |
| New Haven - C-Town Supermarket - 325 Ferry St | West Haven - Grillo's Market - 137 Campbell Ave |
| New Haven - C-Town Supermarket - 482 Greenwich Ave | West Haven - Shop Rite Supermarket - 1131 Campbell Ave |
| New Haven - CT State Check Cashing - 426 Whalley Ave | |

*IMPORTANT BILLING INFORMATION ON THE REVERSE SIDE*

CUSTOMER SERVICE - 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 TELEPHONE (203) 562-4020

To pay your bill, go to www.rwater.com or call (203) 562-4020 with your eight
pin number. Your default pin number is the last four digits of your account
number.

☐ $10
☐ $5
☐ $1
☐ Other: _____

| AMOUNT DUE |
|---|
| **$3,825.70** |

| AMOUNT PAID |
|---|
|  |

02109531700000 3825702

‖₁₁‖·₁‖₁‖····₁‖₁₁₁‖₁‖·₁‖·₁‖₁₁₁₁₁‖···₁‖·₁‖₁₁‖₁‖₁₁‖₁₁‖
JOHNNY RAY MOORE
15 SACHEM DR
SHELTON CT 06484-1756

**REMINDER NOTICE**

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102
‖₁₁₁₁‖·₁₁‖·₁‖₁‖₁‖₁₁‖‖·₁₁₁·₁₁‖·₁₁‖₁‖₁₁‖₁‖·₁₁‖₁₁‖₁‖

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT

**210953170**

-------------------------------------------------------------------------------

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS |
|---|---|---|
| 0060248730 | 210953170 | 83-85 WILLIS ST |

# 30 DAY REMINDER NOTICE

| NOTICE DATE | 04/21/2016 |
|---|---|
| WATER CHARGES | $2,976.92 |
| FIRE SERVICE CHARGES | $0.00 |
| PRODUCTS AND SERVICES | $0.00 |
| MISCELLANEOUS CHARGES | $0.00 |
| INTEREST DUE | $848.78 |
| **AMOUNT DUE** | **$3,825.70** |

**YOUR IMMEDIATE PAYMENT IS REQUIRED.**

IF YOUR PAYMENT HAS BEEN MAILED, PLEASE ACCEPT
OUR THANKS AND DISREGARD THIS NOTICE

Any invoices not paid when due will constitute a lien against the
premises.

| LAST PAYMENT | $500.00 |
|---|---|
| RECEIVED ON | 05/26/2014 |

**Bills may be paid at these locations**

| | |
|---|---|
| East Haven - United Check Cashing - 689 Foxon Rd | New Haven - CT State Check Cashing - 630 Ella Grasso Blvd |
| East Haven - Alex Grocery - 418 Main St | New Haven - RWA Office - 90 Sargent Dr |
| Hamden - CT State Check Cashing - 960 Dixwell Ave | New Haven - Visel's Pharmacy - 714 Dixwell Ave |
| Hamden - Krauszer's - 1959 State St | West Haven - C & A Market - 1088 Boston Post Rd |
| Milford - Shop Rite Supermarket - 155 Cherry St | West Haven - Express Pawn - 961 First Ave |
| New Haven - C-Town Supermarket - 325 Ferry St | West Haven - Grillo's Market - 137 Campbell Ave |
| New Haven - C-Town Supermarket - 482 Greenwich Ave | West Haven - Shop Rite Supermarket - 1131 Campbell Ave |
| New Haven - CT State Check Cashing - 426 Whalley Ave | |

*IMPORTANT BILLING INFORMATION ON THE REVERSE SIDE*

WATER AUTHORITY, CUSTOMER SERVICE , 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 TELEPHONE (203) 562-4020



**~Regional Water Authority**

To pay your bill, go to www.rwater.com or call (203) 562-4020 with your credit pin number. Your default pin number is the last four digits of your account number.

☐ $10
☐ $5
☐ $1
☐ Other: _____

**AMOUNT DUE**

**$3,005.97**

**AMOUNT PAID**

02109422150000 3005973

ılıþııılllıllıııılılılıllıllllıllıllıllıllıllıllll
JOHNNY RAY MOORE
15 SACHEM DR
SHELTON CT 06484-1756

**REMINDER NOTICE**

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102

ıllılllıllıllılllllllllllllıllılllllıllllıllllllllll

---

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT          **210942215**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS |
|---|---|---|
| 0044217718 | 210942215 | 20 WILLIS ST |

# 30 DAY REMINDER NOTICE

| | |
|---|---|
| NOTICE DATE | 04/21/2016 |
| WATER CHARGES | $2,566.25 |
| FIRE SERVICE CHARGES | $0.00 |
| PRODUCTS AND SERVICES | $0.00 |
| MISCELLANEOUS CHARGES | $0.00 |
| INTEREST DUE | $439.72 |
| **AMOUNT DUE** | **$3,005.97** |

**YOUR IMMEDIATE PAYMENT IS REQUIRED.**

IF YOUR PAYMENT HAS BEEN MAILED, PLEASE ACCEPT
OUR THANKS AND DISREGARD THIS NOTICE

**Any invoices not paid when due will constitute a lien against the premises.**

| | |
|---|---|
| LAST PAYMENT | $500.00 |
| RECEIVED ON | 03/30/2015 |

**Bills may be paid at these locations**

| | |
|---|---|
| East Haven - United Check Cashing - 689 Foxon Rd | New Haven - CT State Check Cashing - 630 Ella Grasso Blvd |
| East Haven - Alex Grocery - 418 Main St | New Haven - RWA Office - 90 Sargent Dr |
| Hamden - CT State Check Cashing - 960 Dixwell Ave | New Haven - Visel's Pharmacy - 714 Dixwell Ave |
| Hamden - Krauszer's - 1959 State St | West Haven - C & A Market - 1088 Boston Post Rd |
| Milford - Shop Rite Supermarket - 155 Cherry St | West Haven - Express Pawn - 961 First Ave |
| New Haven - C-Town Supermarket - 325 Ferry St | West Haven - Grillo's Market - 137 Campbell Ave |
| New Haven - C-Town Supermarket - 482 Greenwich Ave | West Haven - Shop Rite Supermarket - 1131 Campbell Ave |
| New Haven - CT State Check Cashing - 426 Whalley Ave | |

*IMPORTANT BILLING INFORMATION ON THE REVERSE SIDE*

REGIONAL WATER AUTHORITY   CUSTOMER SERVICE - 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 TELEPHONE (203) 562-4020



To pay your bill, go to www.rwater.com or call (203) 562-4020 with your eight pin number. Your default pin number is the last four digits of your account number.

☐ $10
☐ $5
☐ $1
☐ Other: _____

**AMOUNT DUE**
**$3,423.94**

**AMOUNT PAID**

02107981870003423940

JOHNNY RAY MOORE
15 SACHEM DR
SHELTON CT 06484-1756

**REMINDER NOTICE**

REGIONAL WATER AUTHORITY
PO BOX 981102
BOSTON MA 02298-1102

---

PLEASE DETACH THIS PORTION OF THE BILL AND ENCLOSE WITH YOUR PAYMENT          **210798187**

--------------------------------------------------------------------

| METER NUMBER | ACCOUNT NUMBER | SERVICE ADDRESS |
|---|---|---|
| MULTI METER | 210798187 | 102 ADELINE ST |

# 30 DAY REMINDER NOTICE

| NOTICE DATE | 04/28/2016 |
|---|---|
| WATER CHARGES | $2,854.15 |
| FIRE SERVICE CHARGES | $0.00 |
| PRODUCTS AND SERVICES | $0.00 |
| MISCELLANEOUS CHARGES | $0.00 |
| INTEREST DUE | $569.79 |
| **AMOUNT DUE** | **$3,423.94** |

**YOUR IMMEDIATE PAYMENT IS REQUIRED.**

IF YOUR PAYMENT HAS BEEN MAILED, PLEASE ACCEPT OUR THANKS AND DISREGARD THIS NOTICE

**Any invoices not paid when due will constitute a lien against the premises.**

| LAST PAYMENT | $300.00 |
|---|---|
| RECEIVED ON | 09/24/2014 |

Bills may be paid at these locations

| | |
|---|---|
| East Haven - United Check Cashing - 689 Foxon Rd | New Haven - CT State Check Cashing - 630 Ella Grasso Blvd |
| East Haven - Alex Grocery - 418 Main St | New Haven - RWA Office - 90 Sargent Dr |
| Hamden - CT State Check Cashing - 960 Dixwell Ave | New Haven - Visel's Pharmacy - 714 Dixwell Ave |
| Hamden - Krauszer's - 1959 State St | West Haven - C & A Market - 1088 Boston Post Rd |
| Milford - Shop Rite Supermarket - 155 Cherry St | West Haven - Express Pawn - 961 First Ave |
| New Haven - C-Town Supermarket - 325 Ferry St | West Haven - Grillo's Market - 137 Campbell Ave |
| New Haven - C-Town Supermarket - 482 Greenwich Ave | West Haven - Shop Rite Supermarket - 1131 Campbell Ave |
| New Haven - CT State Check Cashing - 426 Whalley Ave | |

*IMPORTANT BILLING INFORMATION ON THE REVERSE SIDE*

CUSTOMER SERVICE, 90 SARGENT DRIVE, NEW HAVEN, CT 06511-5966 TELEPHONE (203) 562-4020