

**LIST FOR RENT**    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    **MORE** ˅    City, State, or Zip    🔍

Public View    Owner View

Connecticut · New Haven · 06519 · Hill · 102 Adeline St

# 102 Adeline St, New Haven, CT 06519

## 5 beds · 2 baths · 1,849 sqft  Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**
Zestimate˚:
## $129,079
Price this home
Rent Zestimate :
$1,300 /mo

Est. Refi Payment
## $498/mo 🖩
˅
See current rates

# Home Shoppers are Waiting

113 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 102

<span style="color:gray">Contact Agent</span>

Or call 855-780-0242 for more info

▷

# $579 Mexico Vacation

**All Inclusive Vacation Package. Deal of the Day. Book Now.**

---

**Is this your rental?**

Get a monthly local market report with comparable rentals in your area.

◯ I own and manage this rental

I manage this rental for the owner

Enter email

bookingbuddy.com

Report this ad

---

Claim this home as your residence

This 1849 square foot multiple occupancy home has 5 bedrooms and 2.0 bathrooms. It is located at 102 Adeline St New Haven, Connecticut.

## FACTS

- Lot: 3,485 sqft
- Multiple Occupancy
- Built in 1900
- All time views: 60

- Heating: Forced air
- Last sold: Nov 1994 for $10,000
- Candidate for a community solar program Sun Number™: 31 ❓

## FEATURES

More ∨        See data sources

# Zestimate Details

Zestimate ❓

## $129,079

+$208   Last 30 days

$121K       $137K

Zestimate range

**UNSURE ABOUT YOUR ZESTIMATE?**
$ Get a professional estimate

Zestimate ▾     1 year   5 years   10 years

— This home —

## Similar Homes for Sale



**FOR SALE**
### $185,000
10 beds, 4.0 baths, 2204 s..
86 Adeline St, New Haven...



**FOR SALE**
### $185,000
4 beds, 2.0 baths, 2608 s...
49 Frank St, New Haven, ...



**FOR SALE**
### $190,000
3 beds, 2.0 baths, 2755 sq..
469 Columbus Ave, New ...



**FOR SALE**
### $149,900
Studio, -- baths, 2248 sqft
72 Morris St, New Haven, ...



**FOR SALE**
### $115,000
Studio, -- baths, 2144 sqft
38 Button St, New Haven,...

See listings near 102 Adeline St



Report this ad

## Nearby Similar Sales

**SOLD: $1,700**
Sold on 10/23/2016

This home

-- Hill --

New Haven --



Dec 2007        Dec 2009        Dec 2011        Dec

Add owner estimate

Rent Zestimate ❓

## $1,300/mo

-$3 Last 30 days

$1.1K            $1.6K

Zestimate range

Zestimate forecast



To see Zestimate forecast

Create a free account

6 beds, 2.0 baths, 3292 sqft
28 Cassius St, New Haven, CT 06519

**SOLD: $112,000**
Sold on 10/3/2016
6 beds, 2.0 baths, 1800 sqft
52 Stevens St, New Haven, CT 06519

**SOLD: $112,000**
Sold on 4/22/2016
6 beds, 2.0 baths, 2341 sqft
866 Congress Ave, New Haven, CT 06519

**SOLD: $120,000**
Sold on 12/10/2015
6 beds, 2.0 baths, 2482 sqft
67 Adeline St, New Haven, CT 06519

**SOLD: $120,000**
Sold on 7/21/2016
4 beds, 2.0 baths, 2400 sqft
750 Legion Ave, New Haven, CT 06519

**See sales similar to 102 Adeline St**

AdChoices [>

# Owner Dashboard

Report this ad

AdChoices [>

## Do you own this home? See your Owner Dashboard.

# Improve Your Home Value ❓

Report this ad

| PROJECT | PROJECT COST | ADDED VALUE |
| --- | --- | --- |

103

| | | |
|---|---|---|
| **Minor Kitchen Remodel** | $21,575 | +$22,809 |
| **Roofing Replacement** | $21,906 | +$18,113 |
| **Bathroom Remodel** | $19,684 | +$15,676 |
| **Vinyl Window Replacement** | $15,146 | +$13,714 |
| **Siding Replacement** | $14,970 | +$13,121 |
| **Deck Addition** | $12,212 | +$11,812 |
| **Entry Door Replacement** | $3,180 | +$3,357 |
| **Fiberglass Attic Insulation** | $1,294 | +$1,171 |

See More Home Improvement Inspiration

# Price / Tax History

Price History     Tax History

# Neighborhood: Hill

**MEDIAN ZESTIMATE** ❓

**FORECLOSURES** (per 10K)

**$102,300**
⬆ 2.0%

15.1

1.1     0.8

104

Past 12
months                 Hill   New  Unit...
                              Have.. Stat...

Zillow predicts Hill home values will rise 1.1% next
year, compared to a 1.5% increase for New Haven as a
whole. Among Hill homes, this home is valued 28.1%
more than the midpoint (median) home, but is valued
11.5% less per square foot.


**NEIGHBORHOOD MAP**




**NEARBY HOMES**



< $82,450 ...   $122,920 ...  >
1 day on Zillow • 98 Ad..   1 day on Zillow • 108 A...


# Affordability Calculator

Annual
income            **You can afford a house up to**

$  70,000        **$321,254**

Calculate by payment

Based on your income, a house at this price should fit comfortably within your budget.

Monthly debts
_____

$ 250

Down payment
_____

$ 25,816

Advanced ∨

# Home Expenses

# Nearby Schools in New Haven

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| out of 10 | Wilbur Cross High | 9-12 | 2.9 mi |
| out of 10 | Truman School | PK-8 | 0.1 mi |
| out of 10 | John C. Daniels | PK-8 | 0.5 mi |

Data by GreatSchools.org ❓

More schools in New Haven

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**About the ratings:** GreatSchools ratings are based on a comparison of test results for all schools in the state. It is designed to be a starting point to help parents make baseline comparisons, not the only factor in selecting the right school for your family. Learn more

# Home Shoppers are Waiting

 113 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 102 Adeline St, New

Connect Agent

Or call 203-889-9887 for more info

Tested, Trusted, Proven.
ADT SECURITY FROM $28.99/MO*                    **GET ADT**

Report this ad

## NEARBY CITIES

Cheshire Homes For Sale

East Haven Homes For Sale

Hamden Homes For Sale

Meriden Homes For Sale

Milford Homes For Sale

More

## NEARBY NEIGHBORHOODS

Annex Homes For Sale

Barnesville Homes For Sale

Brightview Homes For Sale

City Point Homes For Sale

Dixwell Homes For Sale

More

## NEARBY ZIP CODES

06410 Homes For Sale

06472 Homes For Sale

06510 Homes For Sale

06511 Homes For Sale

06515 Homes For Sale

More

## OTHER NEW HAVEN TOPICS

Apartments for Rent in 06519

Houses for Sale in 06519

Houses for Rent in 06519

06519 Real Estate

New Haven Condos

More

102 Adeline St, New Haven, CT, 06519 is a multiple occupancy home of 1,849 sqft on a lot of 3,485 sqft (or 0.08 acres). Zillow's Zestimate" for 102 Adeline St is $129,079 and the Rent Zestimate" is $1,300/mo. This multiple occupancy home has 5 bedrooms, 2 baths, and was built in 1900. The 10 bed multi family home at 86 Adeline St in New Haven is comparable and priced for sale at $185,000. This home is located in Hill, New Haven in zip code 06519. Annex and Barnesville are nearby neighborhoods. Nearby ZIP codes include 06520 and 06510. West Haven, East Haven, and Hamden are nearby cities.

ABOUT    ZESTIMATES    RESEARCH    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY

AD CHOICE    COOKIE PREFERENCES    BLOG    MOBILE APPS

 <  2006-2016 Zillow        Follow us  



**CORRECT HOME FACTS**   ♡ **SAVE**   ⊘ **HIDE**   **GET UPDATES**   **SHARE**   **MORE**   City, State, or Zip   🔍

Public View    Owner View

Connecticut · New Haven · 06519 · Hill · 127 Cedar St

# 127 Cedar St, New Haven, CT 06519

## 4 beds · 2 baths · 1,672 sqft  Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**
Zestimate®:
## $121,580
Price this home
Rent Zestimate :
$1,200 /mo

Est. Refi Payment
## $482/mo 🖩

See current rates

# Home Shoppers are Waiting

88 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 127

Or call 203-889-9887 for more info

AdChoices ▷

**Thinking About Selling?**
Find a local agent who can give you a professional estimate of your home value.

This 1672 square foot multiple occupancy home has 4 bedrooms and 2.0 bathrooms. It is located at

127 Cedar St New Haven,
Connecticut.

Report this ad

## FACTS

- Lot: 4,356 sqft
- Multiple Occupancy
- Built in 1900
- All time views: 138

- Heating: Forced air
- Last sold: May 2004 for $126,000
- Good solar potential Sun Number™: 61 ❓

## FEATURES

More ∨                    See data sources

# Zestimate Details

Zestimate ❓

## $121,580

[ +$1,790 ]  Last 30 days

$111K          $130K

Zestimate range

Zestimate ▾          1 year  5 years  10 years

— This home  --
-- Hill  --
   New Haven  --

## Similar Homes for Sale



**FOR SALE**
### $128,000
2 beds, -- baths, 2672 sqft
29 Cassius St, New Haven...



**FOR SALE**
### $144,000
Studio, -- baths, 1980 sqft
86 Cedar St, New Haven, ...



**FOR SALE**
### $129,000
Studio, -- baths, 1060 sqft
96 Carlisle St, New Haven...



**FOR SALE**
### $115,000
Studio, -- baths, 2144 sqft
38 Button St, New Haven,...



**FOR SALE**
### $114,900
Studio, -- baths, 1560 sqft
271 Howard Ave, New Hav..

**See listings near 127 Cedar St**



Report this ad

**UNSURE ABOUT YOUR ZESTIMATE?**
**$ Get a professional estimate**

## Nearby Similar Sales

Dec 2007          Dec 2009          Dec 2011          Dec

Add owner estimate

Rent Zestimate ❓

## $1,200/mo

+$0   Last 30 days

$900                $1.5K

Zestimate range

Zestimate forecast



To see Zestimate forecast

Create a free account

# Owner Dashboard



## Do you own this home? See your Owner Dashboard.

**SOLD: $85,005**
Sold on 4/13/2016
4 beds, 2.0 baths, 2062 sqft
52 Hallock St, New Haven, CT 06519

**SOLD: $1,700**
Sold on 10/23/2016
6 beds, 2.0 baths, 3292 sqft
28 Cassius St, New Haven, CT 06519

**SOLD: $112,000**
Sold on 10/3/2016
6 beds, 2.0 baths, 1800 sqft
52 Stevens St, New Haven, CT 06519

**SOLD: $112,000**
Sold on 4/22/2016
6 beds, 2.0 baths, 2341 sqft
866 Congress Ave, New Haven, CT 06519

**SOLD: $114,000**
Sold on 8/12/2016
4 beds, 2.0 baths, 1410 sqft
16 Irving St, New Haven, CT 06511

**See sales similar to 127 Cedar St**

AdChoices [>

# Improve Your Home Value ❓

Report this ad

| PROJECT | PROJECT COST | ADDED VALUE |
| --- | --- | --- |
| **Roofing Replacement** | $21,906 | +$18,113 |
| **Bathroom Remodel** | $19,684 | +$15,161 |
| **Vinyl Window Replacement** | $15,146 | +$13,714 |



**FREE Online Courses** Get the skills you need to land the job you want.

**START LEARNING NOW ▶**

| | | |
|---|---|---|
| **Siding Replacement** | $14,970 | +$13,121 |
| **Minor Kitchen Remodel** | $21,575 | +$13,060 |
| **Deck Addition** | $12,212 | +$12,319 |
| **Entry Door Replacement** | $3,180 | +$3,357 |
| **Fiberglass Attic Insulation** | $1,294 | +$1,171 |

**edX**

Report this ad

See More Home Improvement Inspiration

# Price / Tax History

Price History    Tax History

# Neighborhood: Hill

**MEDIAN ZESTIMATE** ❓    **FORECLOSURES** (per 10K)

## $102,300
⬆️ 2.0%
Past 12 months

15.1

1.1    0.8

Hill    New Unit...    Have.. Stat...

Zillow predicts Hill home values will increase 1.1% next year, compared to a 1.5% rise for New Haven as a whole. Among Hill homes, this home is valued 20.6% more than the midpoint (median) home, but is valued 7.7% less per square foot.

**NEIGHBORHOOD MAP**

**NEARBY HOMES**



〈   OFF MARKET          OFF MARKET
    $129,949          $124,132   〉
    1 day on Zillow • 129 C...   1 day on Zillow • 125 C...

# Affordability Calculator

Annual income

$  70,000

Calculate by payment

Monthly

**You can afford a house up to**

# $318,721

Based on your income, a house at this price should fit comfortably within your budget.

Monthly
debts

$ 250

Down
payment

$ 24,316

Advanced ⌄

# Home Expenses

# Nearby Schools in New Haven

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| out of 10 | Wilbur Cross High | 9-12 | 2.3 mi |
| out of 10 | Truman School | PK-8 | 0.6 mi |
| out of 10 | Betsy Ross Arts Magnet School | 5-8 | 0.5 mi |

Data by GreatSchools.org ❓

More schools in New Haven

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**About the ratings:** GreatSchools ratings are based on a comparison of test results for all schools in the state. It is designed to be a starting point to help parents make baseline comparisons, not the only factor in selecting the right school for your family. Learn more

# Home Shoppers are Waiting



88 shoppers are looking in your neighborhood and price range.

---

👤 Your name

---

📞 Phone

---

✉ Email

---

I own this home and would like to ask an agent about selling 127 Cedar St, New Haven, CT 06519

Contact Agent

Or call 855-780-0242 for more info

Get answers and discounts. 24 7 365.

**GET A QUOTE >**

**State Farm**

Report this ad

**NEARBY CITIES**

Real Estate in Cheshire

Real Estate in East Haven

Real Estate in Hamden

Real Estate in Meriden

Real Estate in Milford

More

**NEARBY NEIGHBORHOODS**

Real Estate in Annex

Real Estate in Barnesville

Real Estate in Brightview

Real Estate in City Point

Real Estate in Dixwell

More

**NEARBY ZIP CODES**

Real Estate in 06410

Real Estate in 06472

Real Estate in 06510

Real Estate in 06511

Real Estate in 06515

More

**OTHER NEW HAVEN TOPICS**

Apartments for Rent in 06519

Houses for Sale in 06519

Houses for Rent in 06519

06519 Real Estate

New Haven Condos

More

127 Cedar St, New Haven, CT, 06519 is a multiple occupancy home of 1,672 sqft on a lot of 4,356 sqft (or 0.1 acres). Zillow's Zestimate· for 127 Cedar St is $121,580 and the Rent Zestimate· is $1,200/mo. This multiple occupancy home has 4 bedrooms, 2 baths, and was built in 1900. The 2 bed multi family home at 29 Cassius St in New Haven is comparable and priced for sale at $128,000. This home is located in Hill, New Haven in zip code 06519. Annex and Barnesville are nearby neighborhoods. Nearby ZIP codes include 06530 and 06531. West Haven, East Haven, and Hamden are nearby cities.

ABOUT   ZESTIMATES   RESEARCH   JOBS   HELP   ADVERTISE   TERMS OF USE & PRIVACY

AD CHOICE   COOKIE PREFERENCES   BLOG   MOBILE APPS

 ⓒ 2006-2016 Zillow   Follow us 



Public View    Owner View          Connecticut · New Haven · 06511 · Newhallville · 20 Willis Street

Find the right renter. List your rental for free on Zillow.                                    ✕

# 20 Willis St, New Haven, CT 06511

## 4 beds · 2 baths · 1,820 sqft  Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

Zestimate*: **$115,807**

Price this home
Rent Zestimate: $1,200 /mo

Est. Refi Payment **$436/mo**

🖩 ▾
See current rates

# Home Shoppers are Waiting

70 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 20

Or call 860-986-6042 for more info

**Get answers and discounts,**

---

**Is this your rental?**

Get a monthly local market report with comparable rentals in your area.

○ I own and manage this rental

LIST FOR RENT     ♡ SAVE     ⊘ HIDE     GET UPDATES     SHARE     MORE ˅     City, State, or Zip     🔍

Enter email

Claim this home as your residence

This 1820 square foot multiple occupancy home has 4 bedrooms and 2.0 bathrooms. It is located at 20 Willis St New Haven, Connecticut.

## FACTS

- Lot: 3,920 sqft
- Multiple Occupancy
- Built in 1900
- All time views: 51
- Heating: Forced air
- Last sold: Dec 1995 for $30,000
- Limited solar potential Sun Number™: 41 ❓

## FEATURES

More ˅                     See data sources



GET A QUOTE >

**State Farm**

Report this ad

## Similar Homes for Sale



**FOR SALE**
### $109,900
Studio, -- baths, 1750 sqft
201 Bassett St, New Have...



**FOR SALE**
### $189,900
4 beds, 1.0 baths, 1919 sqft
773 Dixwell Ave, New Hav...



**FOR SALE**
### $179,500
4 beds, 2.0 baths, 1624 sq...
38 Easton St, Hamden, CT..



**FOR SALE**
### $125,000
Studio, -- baths, 2820 sqft
65 Lilac St, New Haven, C...

# Zestimate Details

Zestimate ❓

## $115,807

(-$2,417) Last 30 days

**UNSURE ABOUT YOUR ZESTIMATE?**
$ **Get a professional estimate**

FOR SALE

LIST FOR RENT     ♡ SAVE     ⊘ HIDE     GET UPDATES     SHARE     MORE     City, State, or Zip     🔍

607 Sherman Pkwy, New ...

Zestimate ▾          1 year   5 years   10 years

See listings near 20 Willis St



— This home
-- Newhallville
··· New Haven



FREE Online Courses
Get the skills you need to land the job you want.

START LEARNING NOW ▸

edX

Report this ad

Dec 2007          Dec 2009          Dec 2011          [

Add owner estimate

Rent Zestimate ❓
## $1,200/mo
[+$37] Last 30 days

$960          $1.6K
Zestimate range

Zestimate forecast

🔒

To see Zestimate forecast
Create a free account

## Nearby Similar Sales

**SOLD: $90,000**
Sold on 4/26/2016
6 beds, 3.0 baths, 2957 sqft
402 Shelton Ave, New Haven, CT 06511

**SOLD: $101,000**
Sold on 2/19/2016
6 beds, 3.0 baths, 2492 sqft
475 Winthrop Ave, New Haven, CT 06511

**SOLD: $105,000**
Sold on 12/23/2015
2 beds, -- baths, 2099 sqft
165 Starr St, New Haven, CT 06511

**SOLD: $112,000**
Sold on 10/31/2016
2 beds, -- baths, 2186 sqft
94 Gorham Ave, Hamden, CT 06514

**SOLD: $114,000**
Sold on 8/12/2016
4 beds, 2.0 baths, 1410 sqft
16 Irving St, New Haven, CT 06511

See sales similar to 20 Willis St

# Owner Dashboard



## Do you own this home? See your

## Owner Dashboard

LIST FOR RENT    ♡ SAVE    ⊘ HIDE    GET UPDATES    SHARE    MORE ▾    City, State, or Zip    🔍

# Improve Your Home Value

❓

| PROJECT | PROJECT COST | ADDED VALUE |
| --- | --- | --- |
| **Roofing Replacement** | $21,906 | +$18,113 |
| **Bathroom Remodel** | $19,684 | +$15,591 |
| **Vinyl Window Replacement** | $15,146 | +$13,714 |
| **Minor Kitchen Remodel** | $21,575 | +$13,570 |
| **Siding Replacement** | $14,970 | +$13,121 |
| **Deck Addition** | $12,212 | +$11,895 |
| **Entry Door Replacement** | $3,180 | +$3,357 |
| **Fiberglass Attic Insulation** | $1,294 | +$1,171 |

See More Home Improvement Inspiration



Report this ad



Report this ad

# Price / Tax History

Price History    Tax History

# Neighborhood: Newhallville

**MEDIAN ZESTIMATE** ❓      **FORECLOSURES** (per 10K)

## $93,900

(⬇) **-3.4%**
Past 12
months

12.9

1.1    0.8

New... New Unit...
Hav... Stat...

Zillow predicts Newhallville home values will rise
0.4% next year, compared to a 1.5% rise for New
Haven as a whole. Among Newhallville homes, this
home is valued 22.9% more...
read more ∨

**NEIGHBORHOOD MAP**

LIST FOR RENT   ♡ SAVE   ⊘ HIDE   **GET UPDATES**   SHARE   MORE ˅   City, State, or Zip   🔍

**NEARBY HOMES**



‹ OFF MARKET   OFF MARKET ›
$119,133 ...   $117,276 ...
1 day on Zillow • 20 ...   1 day on Zillow • 24 ...

# Affordability Calculator

Annual
income

$   70,000

Calculate by
payment

Monthly
debts

$   250

Down
payment

$   23,161

Advanced ˅

**You can afford a house up to**

# $315,425

Based on your income, a house at
this price should fit comfortably
within your budget.

Get pre-qualified ›

# Home Expenses

LIST FOR RENT    ♡ SAVE    ⊘ HIDE    GET UPDATES    SHARE    MORE ˅    City, State, or Zip    🔍

# Nearby Schools in New Haven

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| ⌒2 out of 10 | King/Robinson Magnet School | PK-8 | 0.3 mi |
| 1 out of 10 | James Hillhouse High | 9-12 | 0.7 mi |
| 4 out of 10 | Hamden Middle | 7-8 | 0.7 mi |

Data by GreatSchools.org ❷

More schools in New Haven

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**About the ratings:** GreatSchools ratings are based on a comparison of test results for all schools in the state. It is designed to be a starting point to help parents make baseline comparisons, not the only factor in selecting the right school for your family. Learn more

# Home Shoppers are Waiting

LIST FOR RENT    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    **MORE** ˅    City, State, or Zip    🔍

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an
agent about selling 20 Willis St, New

Contact Agent

Or call 860-986-6042 for more info

Get answers and discounts. 24 7 365.    **GET A QUOTE  >**    **StateFarm**

Report this ad

| **NEARBY CITIES** | **NEARBY NEIGHBORHOODS** | **NEARBY ZIP CODES** | **OTHER NEW HAVEN TOPICS** |
|---|---|---|---|
| Homes For Sale in Cheshire | Homes For Sale in Annex | Homes For Sale in 06410 | Apartments for Rent in 06511 |
| Homes For Sale in East Haven | Homes For Sale in Barnesville | Homes For Sale in 06472 | Houses for Sale in 06511 |
| Homes For Sale in Hamden | Homes For Sale in Brightview | Homes For Sale in 06510 | Houses for Rent in 06511 |
| Homes For Sale in Meriden | | Homes For Sale in 06511 | 06511 Real Estate |
| Homes For Sale in Milford | Homes For Sale in City Point | Homes For Sale in 06515 | New Haven Condos |
| More | Homes For Sale in Dixwell | More | More |
| | More | | |

LIST FOR RENT    ♡ SAVE    ⊘ HIDE    **GET UPDATES**    **SHARE**    **MORE** · City, State, or Zip    🔍

has 4 bedrooms, 2 baths, and was built in 1900. The 0 bed multi family home at 201 Bassett St in New Haven is comparable and priced for sale at $109,900. This home is located in Newhallville, New Haven in zip code 06511. Annex and Barnesville are nearby neighborhoods. Nearby ZIP codes include 06520 and 06510. West Haven, Hamden, and East Haven are nearby cities.

**ABOUT    ZESTIMATES    RESEARCH    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY**

**AD CHOICE    COOKIE PREFERENCES    BLOG    MOBILE APPS**

    © 2006-2016 Zillow     Follow us    



Public View      Owner View

Connecticut · Shelton · 06484 · 15 Sachem Dr

# 15 Sachem Dr, Shelton, CT

**OFF MARKET**

Zestimate®:

## Home Shoppers are Waiting

441 shoppers are looking in

CORRECT HOME FACTS      ♡ SAVE      ⊘ HIDE      GET UPDATES      SHARE

City, State, or Zip     🔍

**4 beds · 3.5 baths · 4,795 sqft** Edit

Edit home facts for a more accurate Zestimate.

Rent Zestimate :
$3,750 /mo

Est. Refi Payment
$3,100/mo

▦ ▾
See current rates

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 15

Or call 860-986-6042 for more info

**Thinking About Selling?**
Find a local agent who can give you a professional estimate of your home value.

This 4795 square foot single family home has 4 bedrooms and 3.5 bathrooms. It is located at 15 Sachem Dr Shelton, Connecticut.

Report this ad

## FACTS

- Lot: 1.79 acres
- Single Family
- Built in 2006
- All time views: 247
- Last sold: Jan 2007 for $995,421

## FEATURES

- 2595 sqft basement
- Finished basement

More ⌄

See data sources

## Similar Homes for Sale



**FOR SALE**
## $699,900

4 beds, 4.0 baths, 3349 s...
47 Sachem Dr, Shelton, C...



**FOR SALE**
## $669,900

4 beds, 4.0 baths, 3591 sq...
74 Sachem Dr, Shelton, C...



**FOR SALE**
## $959,000

4 beds, 5.0 baths, 5800 s...
56 Sachem Dr, Shelton, C...

CORRECT HOME FACTS    ♡ SAVE    ⊘ HIDE    GET UPDATES    SHARE    City, State, or Zip    🔍

4 beds, 3.5 baths, 4336 sq...
70 Sachem Dr, Shelton, C...

# Zestimate Details

Zestimate ❓
## $803,815

( -$19,031 )  Last 30 days

$707K          $908K

Zestimate range

**UNSURE ABOUT YOUR ZESTIMATE?**
**$ Get a professional estimate**

**See listings near 15 Sachem Dr**

FREE Online Courses

Get the skills you need to land the job you want.

START LEARNING NOW ▶

edX

Report this ad

Zestimate ▾

1 year   5 years   10 years

— This home  --
-- 06484      --
·· Shelton    --

## Nearby Similar Sales

**SOLD: $424,000**
Sold on 4/21/2016
4 beds, 3.0 baths, 3050 sqft
2 Buckingham Rd, Derby, CT 06418

**SOLD: $490,000**
Sold on 3/1/2016
3 beds, 2.5 baths, 2806 sqft
401 Three Corners Rd, Guilford, CT 06437

**SOLD: $493,000**
Sold on 4/28/2016
3 beds, 3.0 baths, 2800 sqft
29 Hilltop Dr, Shelton, CT 06484

**SOLD: $519,000**
Sold on 5/27/2016
4 beds, 3.0 baths, 2880 sqft
1 Hayfield Dr, Shelton, CT 06484

**SOLD: $558,000**
Sold on 4/29/2016
4 beds, 3.0 baths, 4375 sqft
166 Soundview Ave, Shelton, CT 06484

See sales similar to 15 Sachem Dr

Dec 2007          Dec 2009          Dec 2011

Add owner estimate

Rent Zestimate ❓          Zestimate forecast

# $3,750/mo

(-$183) Last 30 days          To see Zestimate
forecast
$2.4K          $4.7K          Create a free account
Zestimate range

# Owner Dashboard

CORRECT HOME FACTS    ♡ SAVE    ⊘ HIDE    GET UPDATES    SHARE    City, State, or Zip    🔍

## Do you own this home? See your Owner Dashboard.

Report this ad

# Improve Your Home Value ❓

| PROJECT | PROJECT COST | ADDED VALUE |
|---------|--------------|-------------|
| Basement Remodel | $73,649 | +$44,612 |



**FREE Online Courses** Get the skills you need to land the job you want.

**START LEARNING NOW ▶**

| | | |
|---|---|---|
| Upscale Bathroom Remodel | $59,606 | +$20,005 |
| Roofing Replacement | $22,116 | +$14,806 |
| Vinyl Window Replacement | $15,073 | +$11,683 |
| Siding Replacement | $14,871 | +$11,429 |
| Deck Addition | $11,594 | +$4,284 |
| Entry Door Replacement | $3,167 | +$2,555 |
| Fiberglass Attic Insulation | $1,292 | +$1,858 |

edX

Report this ad

See More Home Improvement Inspiration

# Price / Tax History

Price History    Tax History

DIRECT HOME FACTS    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    City, State, or Zip    🔍

# Neighborhood: 06484

**MEDIAN ZESTIMATE** ❓

**MARKET TEMP** ❓

**FORECLOSURES** (per 10K)

## $310,300 Cold

1.6
   1.2
     0.8

(↓) -0.9%

Past 12
months          Buyers'      Sellers'     064...Shel...Unit...
                Market       Market                Stat...

Zillow predicts 06484 home values will increase
1.1% next year, compared to a 1% increase for
Shelton as a whole. Among 06484 homes, this
home is valued 159.2% more than the midpoint
(median) home, and is valued 1.8% more per
square foot.

**NEIGHBORHOOD MAP**

CORRECT HOME FACTS   ♡ **SAVE**   ⊘ **HIDE**   **GET UPDATES**   **SHARE**     City, State, or Zip      🔍

**NEARBY HOMES**

< OFF MARKET          OFF MARKET          >
$767,517            $634,387
1 day on Zillow • 19 S...   1 day on Zillow • 10 S...

Affordability Calculator

## Affordability Calculator

Annual income

$ 70,000

Calculate by payment

Monthly debts

$ 250

Down payment

$ 160,763

Advanced ⌄

Get pre-qualified

### You can afford a house up to

# $477,998

Based on your income, a house at this price should fit comfortably within your budget.

Get pre-qualified

## Home Expenses

CORRECT HOME FACTS   ♡ SAVE   ⊘ HIDE   **GET UPDATES**   **SHARE**   City, State, or Zip   🔍

## Nearby Schools in Shelton

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| 3 out of 10 | Elizabeth Shelton School | PK-4 | 1.6 mi |
| 7 out of 10 | Intermediate School | 7-8 | 1.9 mi |

out of 10

7    Shelton High    9-12    1.6 mi

out of 10

Data by GreatSchools.org ❓

More schools in Shelton

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**About the ratings:** GreatSchools ratings are based on a comparison of test results for all schools in the state. It is designed to be a starting point to help parents make baseline comparisons, not the only factor in selecting the right school for your family. Learn more

CORRECT HOME FACTS    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    City, State, or Zip    🔍

Home Shoppers are

# Waiting

 441 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 15 Sachem Dr, Shelton,

CONTACT AGENT

Or call 860-986-6042 for more info

Get answers and discounts. 24 7 365.    **GET A QUOTE >**    

Report this ad

| NEARBY CITIES | NEARBY NEIGHBORHOODS | NEARBY ZIP CODES | OTHER SHELTON TOPICS |
|---|---|---|---|
| Real Estate in Bridgeport | | Real Estate in 06484 | |
| Real Estate in Danbury | Real Estate in Fairchild Heights Trailer Park | Real Estate in 06855 | Apartments for Rent in 06484 |
| Real Estate in Fairfield | Real Estate in Huntington | | Houses for Sale in 06484 |
| Real Estate in Greenwich | Real Estate in Pine Rock Park | | Houses for Rent in 06484 |
| Real Estate in Norwalk | | | 06484 Real Estate |
| More | Real Estate in Sunnyside Trailer Park | | Shelton Condos |
| | | | More |

CORRECT HOME FACTS    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    City, State, or Zip    🔍

15 Sachem Dr, Shelton, CT, 06484 is a single family home of 4,795 sqft on a lot of 77,972 sqft (or 1.79 acres). Zillow's Zestimate* for 15 Sachem Dr is $803,815 and the Rent Zestimate* is $3,750/mo. This single family home has 4 bedrooms, 3.5 baths, and was built in 2006. The 4 bed single family home at 47 Sachem Dr in Shelton is comparable and priced for sale at $699,900. This home is located in Shelton in zip code 06484. Fairchild Heights Trailer Park and Huntington are nearby neighborhoods. Trumbull, Stratford, and Bridgeport are nearby cities.

**ABOUT    ZESTIMATES    RESEARCH    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY**

**AD CHOICE    COOKIE PREFERENCES    BLOG    MOBILE APPS**

    © 2006-2016 Zillow    Follow us    



CORRECT HOME FACTS ♡ **SAVE** ⊘ **HIDE** **GET UPDATES** **SHARE** City, State, or Zip 🔍

Connecticut · Bridgeport · 06605 · West Side/ West End · 393 Laurel Avenue · Apartment 102

# 393 Laurel Ave APT 102, Bridgeport, CT 06605

## 1 bed · 1 bath · 733 sqft

Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

Zestimate: $70,173

Price this home

Rent Zestimate : $1,150 /mo

Est. Refi Payment $278/mo ▦

▾

See current rates

# Contact a Local Agent

👤 Your name

📞 Phone

✉ Email

I own this home and would like to learn about selling 393 Laurel

Contact Agent

Or call 203-687-4100 for more info

## Street View My House

**Enter Any Place For Street View Find Street View Of My House** Go to theworldstreetview.com

## $579 Mexico Vacation

**Thinking About Selling?** Find a local agent who can give you a professional estimate of your home value.

Find an Agent

This 733 square foot condo home has 1 bedrooms and 1.0 bathrooms. It is located at 393 Laurel Ave Bridgeport,

All Inclusive Vacation Package. Deal of the Day. Book Now. Go to bookingbuddy.com

## Street View My

CORRECT HOME FACTS   ♡ **SAVE**   ⊘ **HIDE**   **GET UPDATES**   **SHARE**   City, State, or Zip 🔍

Enter Any Place For Street View Find Street View Of My House Go to hdstreetview.net

# Driving Directions & Maps

Find Your Way Easily & Quickly. Get Directions with The FreeMaps App Go to download-freemaps.com

Report this ad

**FACTS**

- Condo
- Built in 1972
- All time views: 56

- Heating: Baseboard
- Last sold: Nov 1993 for $7,000

**FEATURES**

More ∨                    See data sources

## Similar Homes for Sale



**FOR SALE**
$89,900
2 beds, 2.0 baths, 1256 sq...
204 Beechwood Ave UNI...



**FOR SALE**
$70,000
2 beds, 2.0 baths, 1096 sq...
2370 North Ave UNIT 8B, ...

See listings near 393 Laurel Ave APT 102

## Zestimate Details

Zestimate ❔

**$70,173**

-$2,270   Last 30 days

$54K        $77K

Zestimate range

**UNSURE ABOUT YOUR ZESTIMATE?**
**$ Get a professional estimate**

Zestimate ▾        1 year  5 years  10 years

— This home  --
··· Bridgeport  --

# Eat THIS, Never DIET Again



## "Dr Oz- Holy Grail of Weight Loss Discovered" [Try THIS]

Report this ad

## Nearby Similar Sales

Dec 2007          Dec 2009          Dec 2011          [

**SOLD: $54,750**
Sold on 8/5/2016

CORRECT HOME FACTS    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    City, State, or Zip    🔍

Rent Zestimate ●          Zestimate forecast

## $1,150/mo          🔒 To see Zestimate

(-$16)  Last 30 days          forecast

$954          $1.3K          Create a free account

Zestimate range

**SOLD: $54,900**
Sold on 2/14/2016
2 beds, 1.0 baths, 750 sqft
31 Albert Sq, Bridgeport, CT 06604

**SOLD: $58,000**
Sold on 10/11/2016
2 beds, 1.0 baths, 833 sqft
46 Oakview Cir UNIT 104, Bridgeport, CT 066..

**SOLD: $59,900**
Sold on 8/23/2016
1 bed, 1.0 baths, 750 sqft
325 Lafayette St UNIT 3103, Bridgeport, CT 0...

**SOLD: $64,000**
Sold on 8/31/2016
2 beds, 1.0 baths, 990 sqft
390 Charles St APT 305, Bridgeport, CT 066...

**See sales similar to 393 Laurel Ave APT 102**

# Owner Dashboard



## Do you own this home? See your Owner Dashboard.

Report this ad

# Eat THIS, Never DIET Again ⁞

# Improve Your Home Value
❓

| PROJECT | PROJECT COST | ADDED VALUE |
|---|---|---|
| **Vinyl Window Replacement** | $14,829 | +$12,333 |
| **Entry Door Replacement** | $3,147 | +$2,500 |

See More Home Improvement Inspiration

**"Dr Oz- Holy Grail of Weight Loss Discovered" [Try THIS]**

CORRECT HOME FACTS   ♡ **SAVE**   ⊘ **HIDE**   **GET UPDATES**   **SHARE**   City, State, or Zip   🔍

Price History   Tax History

# Neighborhood: West Side/ West End

Zillow predicts 06605 home values will rise 1.2% next year, compared to a 1.8% rise for Bridgeport as a whole. Among 06605 homes, this home is valued 64.5% less than the midpoint (median) home, and is valued 37.5% less per square foot.

**NEIGHBORHOOD MAP**

CORRECT HOME FACTS   ♡ SAVE   ⊘ HIDE   GET UPDATES   SHARE   City, State, or Zip   🔍

**NEARBY HOMES**

‹   OFF MARKET   OFF MARKET   ›
$70,468   $70,414
1 day on Zillow • 393...   1 day on Zillow • 393...

# Affordability Calculator

Annual
income

$  70,000

Calculate by
payment

Monthly
debts

$  250

Down
payment

$  14,035

Advanced ⌄

**You can afford a house up to**

# $303,964

Based on your income, a house at
this price should fit comfortably
within your budget.

# Home Expenses

LARGEST HOME FALLS   ♡ SAVE   ⊘ HIDE   GET UPDATES   SHARE   City, State, or Zip   🔍

# Nearby Schools in Bridgeport

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| 1<br>out of 10 | Bassick High | 9-12 | 0.1 mi |
| 3<br>out of 10 | Classical Studies Academy | K-6 | 0.3 mi |
| 2<br>out of 10 | Geraldine Johnson School | PK-8 | 0.8 mi |

Data by GreatSchools.org ❓

More schools in Bridgeport

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**About the ratings:** GreatSchools ratings are based on a comparison of test results for all schools in the state. It is designed to be a starting point to help parents make baseline comparisons, not the only factor in selecting the right school for your family. Learn more

# Contact a Local Agent

Your name

CORRECT HOME FACTS    ♡ SAVE    ⊘ HIDE    GET UPDATES    SHARE    City, State, or Zip    🔍

✉ Email

I own this home and would like to learn about selling 393 Laurel Ave APT 102,

Contact Agent

Or call 203-687-4100 for more info



Report this ad

Your technology needs a r

| NEARBY CITIES | NEARBY NEIGHBORHOODS | NEARBY ZIP CODES | OTHER BRIDGEPORT TOPICS |
|---|---|---|---|
| Bridgeport Homes For Sale | Brooklawn/ St. Vincent's Homes For Sale | 06601 Homes For Sale | Apartments for Rent in 06605 |
| Danbury Homes For Sale | Downtown Homes For Sale | 06602 Homes For Sale | Houses for Sale in 06605 |
| Fairfield Homes For Sale | East Bridgeport Homes For Sale | 06604 Homes For Sale | Houses for Rent in 06605 |
| Greenwich Homes For Sale | | 06605 Homes For Sale | 06605 Real Estate |
| Norwalk Homes For Sale | East End Homes For Sale | 06606 Homes For Sale | Bridgeport Condos |
| More | Enterprise Homes For Sale | More | More |
| | More | | |

393 Laurel Ave APT 102, Bridgeport. CT. 06605 is a condo of 733 sqft. Zillow's Zestimate· for 393 Laurel Ave APT 102 is $70,173 and the Rent Zestimate· is $1,150/mo. This condo has 1 bedroom, 1 bath, and was built in 1972. The 2 bed

140

condo at 204 Beechwood Ave UNIT C in Bridgeport is comparable and priced for sale at $89,900. This condo is located in West Side/ West End, Bridgeport in zip code 06604. Brooklawn/ St. Vincent's and Downtown are nearby neighborhoods. Nearby ZIP codes include 06604 and 06699. Fairfield, Stratford, and Trumbull are nearby cities.

**ABOUT    ZESTIMATES    RESEARCH    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY**

CORRECT HOME FACTS   ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    City, State, or Zip    Q

© 2006-2016 Zillow          Follow us   



**CORRECT HOME FACTS**   ♡ **SAVE**   ⊘ **HIDE**   **GET UPDATES**   **SHARE**   **MORE**   City, State, or Zip   🔍

Public View    Owner View

Connecticut · Stratford · 06615 · 10 Rosemary Dr

# 10 Rosemary Dr, Stratford, CT 06615

**3 beds · 2.5 baths · 1,248 sqft**  Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

Zestimate*:

## $254,291

Price this home

Rent Zestimate*:
$2,100 /mo

Est. Refi Payment

## $952/mo 🖩

▾

See current rates

# Home Shoppers are Waiting

198 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling 10

Contact Agent

Or call 860-986-6042 for more info

**Thinking About Selling?**
Find a local agent who can give you a professional estimate of your home value.

This 1248 square foot single family home has 3 bedrooms and 2.5 bathrooms. It is located at 10

Rosemary Dr Stratford,
Connecticut.

## FACTS

- Lot: 10,454 sqft
- Single Family
- Built in 1982
- All time views: 156

- Heating: Other
- Last sold: Dec 2005 for $326,625
- Candidate for a community solar program Sun Number™: 31

## FEATURES

- Fireplace
- Parking: Garage - Detached

More ⌄      See data sources

Report this ad

## Similar Homes for Sale



**FOR SALE**
## $229,900
3 beds, 2.0 baths, 1347 sq...
958 Wells Pl, Stratford, CT..



**FOR SALE**
## $244,900
2 beds, 2.0 baths, 1125 sqft
753 Stratford Ave, Stratfo...



**FOR SALE**
## $224,205
2 beds, 2.0 baths, 1215 sqft
156 Birdseye St, Stratford,...



**FOR SALE**
## $215,000
3 beds, 1.0 baths, 1044 sq...
6 Alfred Ct, Stratford, CT ...



**FOR SALE**
## $180,000
3 beds, 1.0 baths, 1608 sqft
938 Stratford Ave, Stratfo...

See listings near 10 Rosemary Dr

# Zestimate Details

Zestimate ?
## $254,291
-$725  Last 30 days

$234K      $270K
Zestimate range

**UNSURE ABOUT YOUR ZESTIMATE?**
**$ Get a professional estimate**

Zestimate ▾      1 year   5 years   10 years

— This home --
-- 06615 --
Stratford --

Report this ad



Dec 2007     Dec 2009     Dec 2011     Dec

Add owner estimate

Rent Zestimate ❓
## $2,100/mo
+$37   Last 30 days

$1.8K       $2.3K

Zestimate range

### Zestimate forecast



To see Zestimate forecast
Create a free account

## Nearby Similar Sales

**SOLD: $220,000**
Sold on 7/22/2016
2 beds, 2.0 baths, 1277 sqft
943 South Ave, Stratford, CT 06615

**SOLD: $220,000**
Sold on 6/14/2016
4 beds, 2.0 baths, 1920 sqft
27 Eunice Pkwy, Stratford, CT 06615

**SOLD: $220,000**
Sold on 12/23/2015
3 beds, 1.0 baths, 1232 sqft
14 East St, Stratford, CT 06615

**SOLD: $221,500**
Sold on 3/31/2016
3 beds, 2.0 baths, 1310 sqft
66 Lindsley Pl, Stratford, CT 06615

**SOLD: $230,000**
Sold on 5/12/2016
3 beds, 2.5 baths, 2282 sqft
217 Woodend Rd, Stratford, CT 06615

**See sales similar to 10 Rosemary Dr**

# Owner Dashboard

**Do you own this home? See your Owner Dashboard.**

Report this ad

IT'S

# Improve Your Home Value ❓

| PROJECT | PROJECT COST | ADDED VALUE |
| --- | --- | --- |

Report this ad

| | | |
|---|---|---|
| Minor Kitchen Remodel | $21,158 | +$21,377 |
| Roofing Replacement | $22,116 | +$14,806 |
| Vinyl Window Replacement | $15,073 | +$11,683 |
| Siding Replacement | $14,871 | +$11,429 |
| Deck Addition | $11,594 | +$5,042 |
| Entry Door Replacement | $3,167 | +$2,555 |
| Fiberglass Attic Insulation | $1,292 | +$1,858 |
| Garage Door Replacement | $1,737 | +$1,592 |

See More Home Improvement Inspiration

# Price / Tax History

Price History    Tax History
_____

# Neighborhood: 06615

MEDIAN
ZESTIMATE ❷

MARKET TEMP ❷

Cool

FORECLOSURES
(per 10K)

$102,500

Get answers and discounts. 24 7 365.    **GET A QUOTE  >**     **StateFarm**

Report this ad

| **NEARBY CITIES** | **NEARBY NEIGHBORHOODS** | **NEARBY ZIP CODES** | **OTHER STRATFORD TOPICS** |
|---|---|---|---|

**NEARBY CITIES**

Homes For Sale in Bridgeport

Homes For Sale in Danbury

Homes For Sale in Fairfield

Homes For Sale in Greenwich

Homes For Sale in Norwalk

More

**NEARBY NEIGHBORHOODS**

Homes For Sale in Johnsons Corner

Homes For Sale in Lordship

Homes For Sale in Oronoque Hills North

Homes For Sale in Oronoque Hills South

Homes For Sale in Oronoque

More

**NEARBY ZIP CODES**

Homes For Sale in 06614

Homes For Sale in 06615

Homes For Sale in 06855

**OTHER STRATFORD TOPICS**

Apartments for Rent in 06615

Houses for Sale in 06615

Houses for Rent in 06615

06615 Real Estate

Stratford Condos

More

10 Rosemary Drive, Stratford, CT, 06615 is a single family home of 1,248 sqft on a lot of 10,454 sqft (or 0.24 acres). Zillow's Zestimate' for 10 Rosemary Drive is $254,291 and the Rent Zestimate' is $2,100/mo. This single family home has 3 bedrooms, 2.5 baths, and was built in 1982. The 3 bed single family home at 958 Wells Place in Stratford is comparable and priced for sale at $229,900. This home is located in Stratford in zip code 06615. Johnsons Corner and Lordship are nearby neighborhoods. Nearby ZIP codes include 06614 and 06855. Bridgeport, Trumbull, and Shelton are nearby cities.

**ABOUT    ZESTIMATES    RESEARCH    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY**

**AD CHOICE    COOKIE PREFERENCES    BLOG    MOBILE APPS**

    2006-2016 Zillow    Follow us    





Report this ad

**NEARBY CITIES**

Bridgeport Real Estate

Danbury Real Estate

Fairfield Real Estate

Greenwich Real Estate

Norwalk Real Estate

More

**NEARBY NEIGHBORHOODS**

Brooklawn/ St. Vincent's Real Estate

Downtown Real Estate

East Bridgeport Real Estate

East End Real Estate

Enterprise Real Estate

More

**NEARBY ZIP CODES**

06601 Real Estate

06602 Real Estate

06604 Real Estate

06605 Real Estate

06606 Real Estate

More

**OTHER BRIDGEPORT TOPICS**

Apartments for Rent in 06607

Houses for Sale in 06607

Houses for Rent in 06607

06607 Real Estate

Bridgeport Condos

More

73 Baldwin St, Bridgeport, CT, 06607 is a multiple occupancy home of 3,606 sqft on a lot of 4,000 sqft (or 0.09 acres). Zillow's Zestimate* for 73 Baldwin St is $221,347 and the Rent Zestimate* is $1,400/mo. This multiple occupancy home has 6 bedrooms, 3 baths, and was built in 1905. The 5 bed multi family home at 73 Orange St in Bridgeport is comparable and priced for sale at $179,900. This home is located in East End, Bridgeport in zip code 06607. Brooklawn/ St. Vincent's and Downtown are nearby neighborhoods. Nearby ZIP codes include 06608 and 06602. Stratford, Trumbull, and Fairfield are nearby cities.

CORRECT HOME FACTS    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    City, State, or Zip    🔍

**AD CHOICE    COOKIE PREFERENCES    BLOG    MOBILE APPS**

    © 2006-2016 Zillow    Follow us    



**LIST FOR RENT**    ♡ **SAVE**    ⊘ **HIDE**    **GET UPDATES**    **SHARE**    **MORE** ⌄    City, State, or Zip    🔍

Public View    Owner View                Connecticut · Bridgeport · 06607 · East End · 574 Union Ave





# 574 Union Ave, Bridgeport, CT 06607

## 4 beds · 2 baths · 1,840 sqft  Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**
Zestimate®:
## $150,455
Price this home
Rent Zestimate®:
$1,300 /mo

Est. Refi Payment
## $580/mo ▦

See current rates

# Home Shoppers are Waiting

82 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling

Contact Agent

Or call 203-687-4100 for more info

AdChoices ▷

---

### Is this your rental?

Get a monthly local market report with comparable rentals in your area.

◯ I own and manage this rental

I manage this rental for the owner

Enter email

Claim this home as your residence

Report this ad

## Similar Homes for Sale

This 1840 square foot multiple occupancy home has 4 bedrooms and 2.0 bathrooms. It is located at 574 Union Ave Bridgeport, Connecticut.

### FACTS

- Lot: 4,016 sqft
- Multiple Occupancy
- Built in 1910
- All time views: 66
- Heating: Other
- Great solar potential Sun Number™: 79 ❓

### FEATURES

More ⌄                                          See data sources

# Zestimate Details

Zestimate ❓

## $150,455

+$3,124  Last 30 days

$120K          $164K
Zestimate range

**UNSURE ABOUT YOUR ZESTIMATE?**
$ **Get a professional estimate**

Zestimate ▾       1 year  5 years  10 years

— This home --



**FOR SALE**
### $177,000
6 beds, 3.0 baths, 2576 ...
568 Carroll Ave # 1, Brid...



**FOR SALE**
### $149,500
5 beds, 3.0 baths, 2574 ...
157 Hewitt St, Bridgeport..



**FOR SALE**
### $179,900
5 beds, 3.0 baths, 2446 ...
73 Orange St, Bridgeport,...



**FOR SALE**
### $134,900
4 beds, -- baths, 2288 sqft
110 Holly St, Bridgeport, ...



**FOR SALE**
### $167,900
Studio, -- baths, 2390 sqft
138-140 Clifford St, Bridg..

**See listings near 574 Union Ave**



Report this ad



Bridgeport --



Dec 2007          Dec 2009          Dec 2011          Dec

Add owner estimate

Rent Zestimate ❓

# $1,300/mo

(-$68) Last 30 days

$1.1K              $1.5K

Zestimate range

## Nearby Similar Sales

**SOLD: $120,001**
Sold on 9/27/2016
6 beds, 4.0 baths, 2592 sqft
306 5th St, Bridgeport, CT 06607

**SOLD: $125,000**
Sold on 5/11/2016
4 beds, 2.0 baths, 2178 sqft
1110 Central Ave, Bridgeport, CT 06607

**SOLD: $140,000**
Sold on 5/13/2016
4 beds, 2.5 baths, 2412 sqft
258 Kent Ave, Bridgeport, CT 06610

**SOLD: $140,000**
Sold on 6/15/2016
4 beds, 2.0 baths, 2732 sqft
226-228 Orchard St, Bridgeport, CT 06608

**SOLD: $140,399**
Sold on 5/23/2016
4 beds, 2.0 baths, 2190 sqft
10 Eleanor St, Stratford, CT 06615

**See sales similar to 574 Union Ave**

Zestimate forecast

🔒 To see Zestimate forecast
Create a free account

# Owner Dashboard



## Do you own this home? See your Owner Dashboard.

Report this ad

AdChoices ▷

In the owner Dash
ard.

# Improve Your Home Value ❓

| PROJECT | PROJECT COST | ADDED VALUE | |
|---|---|---|---|
| **Minor Kitchen Remodel** | $21,388 | **+$18,250** | Report this ad |
| **Roofing Replacement** | $22,406 | **+$15,643** | |
| **Bathroom Remodel** | $19,217 | **+$14,530** | |
| **Siding Replacement** | $14,745 | **+$12,675** | |
| **Vinyl Window Replacement** | $14,829 | **+$12,333** | |
| **Deck Addition** | $11,790 | **+$9,928** | |
| **Entry Door Replacement** | $3,147 | **+$2,500** | |
| **Fiberglass Attic Insulation** | $1,273 | **+$1,700** | |

See More Home Improvement Inspiration

# Price / Tax History

Price History     Tax History

# Neighborhood: East End

Zillow predicts 06607 home values will increase

0.4% next year, compared to a 1.8% rise for
Bridgeport as a whole. Among 06607 homes, this
home is valued 12.5% more than the midpoint
(median) home, but is valued 22.9% less per square
foot.

**NEIGHBORHOOD MAP**

**NEARBY HOMES**



SOLD:                        OFF MARKET
Price unav...        ...      $142,221

Sold -- • 566 Union A...    1 day on Zillow • 586...

# Affordability Calculator

Annual
income

**You can afford a house up**
**to**

$  70,000

Calculate by
payment

# $313,497

Based on your income, a house at
this price should fit comfortably

Monthly

debts

within your budget.

$  250

Down
payment

$  30,091

Advanced ∨

# Home Expenses

# Nearby Schools in Bridgeport

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| 2 out of 10 | Jettie S. Tisdale School | PK-8 | 0.2 mi |
| 1 out of 10 | Harding High | 9-12 | 0.7 mi |
| 2 out of 10 | Waltersville School | PK-8 | 0.8 mi |

Data by GreatSchools.org ❓

More schools in Bridgeport

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**About the ratings:** GreatSchools ratings are based on a comparison of test results for all schools in the state. It is designed to be a starting point to help parents make baseline comparisons, not the only factor in selecting the right school for your family. Learn more

# Home Shoppers are Waiting

  82 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an
agent about selling 574 Union Ave,

                    Contact Agent

Or call 203-687-4100 for more info

Get answers and discounts. 24 7 365.     GET A QUOTE  >     **State Farm**

Report this ad

**NEARBY CITIES**

Homes For Sale in Bridgeport

Homes For Sale in Danbury

Homes For Sale in Fairfield

Homes For Sale in Greenwich

Homes For Sale in Norwalk

More

**NEARBY NEIGHBORHOODS**

Homes For Sale in Brooklawn/ St. Vincent's

Homes For Sale in Downtown

Homes For Sale in East Bridgeport

Homes For Sale in East End

Homes For Sale in Enterprise

More

**NEARBY ZIP CODES**

Homes For Sale in 06601

Homes For Sale in 06602

Homes For Sale in 06604

Homes For Sale in 06605

Homes For Sale in 06606

More

**OTHER BRIDGEPORT TOPICS**

Apartments for Rent in 06607

Houses for Sale in 06607

Houses for Rent in 06607

06607 Real Estate

Bridgeport Condos

More

574 Union Ave, Bridgeport, CT, 06607 is a multiple occupancy home of 1,840 sqft on a lot of 4,016 sqft (or 0.09 acres). Zillow's Zestimate® for 574 Union Ave is $150,455 and the Rent Zestimate® is $1,300/mo. This multiple occupancy home has 4 bedrooms, 2 baths, and was built in 1910. The 6 bed multi family home at 568 Carroll Ave # 1 in Bridgeport is comparable and priced for sale at $177,000. This home is located in East End, Bridgeport in zip code 06607. Brooklawn/ St. Vincent's and Downtown are nearby neighborhoods. Nearby ZIP codes include 06608 and 06602. Stratford, Trumbull, and Fairfield are nearby cities.

**ABOUT    ZESTIMATES    RESEARCH    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY**

**AD CHOICE    COOKIE PREFERENCES    BLOG    MOBILE APPS**

 © 2006-2016 Zillow    Follow us   

# DEBTOR'S TAX RETURN FOR 2014

Form **1040** U.S. Individual Income Tax Return (99) **2014** OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning ____, 2014, ending ____ 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOHHNY R. | MOORE | 8060 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | 0583 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
15 SACHEM DRIVE

**Make sure the SSN(s) above and on line 6c are correct.**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below.
SHELTON, CT  06484

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not check box 6a**
b ☐ Spouse

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit |
|---|---|---|---|
| JOHNNY R MOORE II | -1222 | SON | X |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you | 1
● did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

Add numbers on lines above ▶ | 2

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -4328. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 28804. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 24476. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 24476. |

410001
12-31-14

LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**  Form **1040** (2014)

Form 1040 (2014)   JOHNNY R. MOORE                                              -8060                        Page **2**

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | | **38** | 24476. |
|---|---|---|---|---|---|---|

**Standard Deduction for -**

| | 39a | Check if: ☐ You were born before January 2, 1950, ☐ Blind. **Total boxes** ☐ Spouse was born before January 2, 1950, ☐ Blind. checked ▶ **39a** | | | | |
|---|---|---|---|---|---|---|

● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.

| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ | **39b** ☐ | | | |
|---|---|---|---|---|---|---|
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | | | **40** | 9100. |
| | 41 | Subtract line 40 from line 38 | | | **41** | 15376. |
| | 42 | **Exemptions.** If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see inst. | | | **42** | 7900. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | **43** | 7476. |
| | 44 | **Tax.** Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | | | **44** | 748. |
| | 45 | **Alternative minimum tax.** Attach Form 6251 | | | **45** | |

● All others:

Single or Married filing separately, $6,200

| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | | **46** | |
|---|---|---|---|---|---|---|
| | 47 | Add lines 44, 45, and 46 | | ▶ | **47** | 748. |

Married filing jointly or Qualifying widow(er), $12,400

| | 48 | Foreign tax credit. Attach Form 1116 if required | **48** | | | |
|---|---|---|---|---|---|---|
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | **49** | | | |

Head of household, $9,100

| | 50 | Education credits from Form 8863, line 19 | **50** | | | |
|---|---|---|---|---|---|---|
| | 51 | Retirement savings contributions credit. Attach Form 8880 | **51** | | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | **52** | 748. | | |
| | 53 | Residential energy credits. Attach Form 5695 | **53** | | | |
| | 54 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | **54** | | | |
| | 55 | Add lines 48 through 54. These are your **total credits** | | | **55** | 748. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | | ▶ | **56** | 0. |

| Other Taxes | 57 | Self-employment tax. Attach Schedule SE | | | **57** | |
|---|---|---|---|---|---|---|
| | 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | | **58** | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | **59** | |
| | 60a | Household employment taxes from Schedule H | | | **60a** | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | | **60b** | |
| | 61 | Health care: Individual responsibility (see instructions)   Full-year coverage ☒ | | | **61** | |
| | 62 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Inst.; enter code(s) | | | **62** | |
| | 63 | Add lines 56 through 62. This is your **total tax** | | ▶ | **63** | 0. |

| Payments | 64 | Federal income tax withheld from Forms W-2 and 1099 | **64** | | | |
|---|---|---|---|---|---|---|
| | 65 | 2014 estimated tax payments and amount applied from 2013 return | **65** | | | |

If you have a qualifying child, attach Schedule EIC.

| | 66a | **Earned income credit (EIC)** | **66a** | | | |
|---|---|---|---|---|---|---|
| | b | Nontaxable combat pay election | **66b** | | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | **67** | | | |
| | 68 | American opportunity credit from Form 8863, line 8 | **68** | | | |
| | 69 | Net premium tax credit. Attach Form 8962 | **69** | | | |
| | 70 | Amount paid with request for extension to file | **70** | | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | **71** | | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | **72** | | | |
| | 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ Reserved **d** ☐ | **73** | | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** | | ▶ | **74** | |

| Refund | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | | **75** | 0. |
|---|---|---|---|---|---|---|
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | **76a** | |

Direct deposit? See instructions.

| | b | Routing number | ▶ **c** Type: ☐ Checking ☐ Savings ▶ **d** Account number | | | |
|---|---|---|---|---|---|---|
| | 77 | Amount of line 75 you want **applied to your 2015 estimated tax** ▶ | **77** | 0. | | |

| Amount You Owe | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | | **78** | 0. |
|---|---|---|---|---|---|---|
| | 79 | Estimated tax penalty (see instructions) | **79** | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below.   ☐ **No** | | |
|---|---|---|---|
| Designee's name ▶ RICHARD E BANGS | Phone no. ▶ 203-252-2100 | Personal identification number (PIN) ▶ 22647 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *(signature)* | | Real Estate Professional | 203-395-4282 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| R BANGS | *(signature)* | 7/03/17 | | P00343594 |
| Firm's name ▶ RICHARD E. BANGS JR. CPA LLC | | | Firm's EIN ▶ 27 1675386 | |
| Firm's address ▶ 86 DODGINGTOWN ROAD BETHEL, CT 06801 | | | Phone no. 203-252-2100 | |

410002 12-31-14

*168*

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec.*<br>▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | OMB No. 1545-0074<br>**2014**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| JOHHNY R. MOORE | -8060 |

| A | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|---|
|  | BUSINESS SERVICES | ▶ 561790 |

| C | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), (see instr.) |
|---|---|---|
|  | JOHNNY MOORE |  |

| E | Business address (including suite or room no.) ▶ _____ |
|---|---|
|  | City, town or post office, state, and ZIP code |

| F | Accounting method: | (1) [X] Cash | (2) [ ] Accrual | (3) [ ] Other (specify) ▶ _____ |
|---|---|---|---|---|

| G | Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses | [X] Yes [ ] No |
|---|---|---|
| H | If you started or acquired this business during 2014, check here ▶ [ ] | |
| I | Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) | [ ] Yes [X] No |
| J | If "Yes," did you or will you file required Forms 1099? | [ ] Yes [ ] No |

**Part I** Income

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] | 1 | 3453. |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 3453. |
| 4 | Cost of goods sold (from line 42) | 4 | 1757. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1696. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 1696. |

**Part II** Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | | | 18 | Office expense | 18 | 2808. |
|---|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses | | | | 19 | Pension and profit-sharing plans | 19 | |
|  | (see instructions) | 9 | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 | | | | 22 | Supplies (not included in Part III) | 22 | |
|  | expense deduction (not included in | | | | 23 | Taxes and licenses | 23 | |
|  | Part III) (see instructions) | 13 | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other | | | | a | Travel | 24a | 1733. |
|  | than on line 19) | 14 | | | b | Deductible meals and | | |
| 15 | Insurance (other than health) | 15 | | | | entertainment (see instructions) | 24b | 196. |
| 16 | Interest: | | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | | 27 a | Other expenses (from line 48) | 27a | 1287. |
| 17 | Legal and professional services | 17 | | | b | Reserved for future use | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 6024. |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -4328. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ .<br>Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.**<br>(If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | -4328. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.**<br>(If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [X] All investment is at risk.<br>32b [ ] Some investment is not at risk. |

LHA  **For Paperwork Reduction Act Notice, see the separate instructions.**          Schedule C (Form 1040) 2014

420001 10-17-14

09190114 752423 MOORE          2014.05030 MOORE, JOHHNY          MOORE__2

Schedule C (Form 1040) 2014   JOHNNY R. MOORE                                    -8060  Page **2**

**Part III  Cost of Goods Sold** (see instructions)

| | | | | |
|---|---|---|---|---|
| 33 | Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation) | | | |

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ................................................................................................   ☐ Yes   ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | 1757. |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 1757. |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 1757. |

**Part IV  Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶   /   /

44  Of the total number of miles you drove your vehicle during 2014, enter the number of miles you used your vehicle for:

a  Business _____   b  Commuting _____   c  Other _____

45  Was your vehicle available for personal use during off-duty hours? ................................................   ☐ Yes   ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ........................................   ☐ Yes   ☐ No

47 a  Do you have evidence to support your deduction? ...................................................................   ☐ Yes   ☐ No
   b  If "Yes," is the evidence written? ....................................................................................   ☐ Yes   ☐ No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| TELEPHONE | 1287. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 48 | **Total other expenses.** Enter here and on line 27a | 48 | 1287. |

420002  10-17-14                                                              Schedule C (Form 1040) 2014

| SCHEDULE E | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | **2014** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or Form 1041.<br>▶ Information about Schedule E and its separate instructions is at *www.irs.gov/schedulee* | Attachment Sequence No. **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| JOHNNY R. MOORE | -8060 |

**Part I**   **Income or Loss From Rental Real Estate and Royalties** Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

| | | Yes | No |
|---|---|---|---|
| **A** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) | | ☐ | ☐ |
| **B** If "Yes," did you or will you file required Forms 1099? | | ☐ | ☐ |

**1a** Physical address of each property (street, city, state, ZIP code)

**A** 102 ADELINE STREET, BRIDGEPORT, CT 06601
**B** 10 ROSEMARY, STRATFORD, CT 06615
**C** 574 UNION AVENUE, BRIDGEPORT, CT

| **1b** Type of Property (from list below) | **2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| **A** | 1 | **A** | 365 | | ☐ |
| **B** | 1 | **B** | 365 | | ☐ |
| **C** | 1 | **C** | 365 | | ☐ |

**Type of Property:**

| 1 Single Family Residence | 3 Vacation/Short-Term Rental | 5 Land | 7 Self-Rental |
|---|---|---|---|
| 2 Multi-Family Residence | 4 Commercial | 6 Royalties | 8 Other (describe) |

| **Income:** | Properties: | | A | B | C |
|---|---|---|---|---|---|
| **3** Rents received | **3** | | 16225. | 24000. | 24173. |
| **4** Royalties received | **4** | | | | |
| **Expenses:** | | | | | |
| **5** Advertising | **5** | | | | |
| **6** Auto and travel (see instructions) | **6** | | 500. | 500. | 500. |
| **7** Cleaning and maintenance | **7** | | 250. | 250. | 375. |
| **8** Commissions | **8** | | | | |
| **9** Insurance | **9** | | 1394. | 1394. | 1394. |
| **10** Legal and other professional fees | **10** | | 450. | 450. | 450. |
| **11** Management fees | **11** | | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | **12** | | 3192. | 8290. | |
| **13** Other interest | **13** | | | | |
| **14** Repairs | **14** | | 6472. | 484. | 5595. |
| **15** Supplies | **15** | | | | |
| **16** Taxes | **16** | | 2365. | 6138. | 2730. |
| **17** Utilities | **17** | | 150. | | |
| **18** Depreciation expense or depletion | **18** | | 562. | 11670. | 317. |
| **19** Other (list) ▶ STMT 1          STMT 2 | **19** | | 600. | | 780. |
| **20** Total expenses. Add lines 5 through 19 | **20** | | 15935. | 29176. | 12141. |
| **21** Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | **21** | | 290. | -5176. | 12032. |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | **22** | ( )( | | 5176.)( | ) |

| | | | |
|---|---|---|---|
| **23a** Total of all amounts reported on line 3 for all rental properties | **23a** | | |
| **b** Total of all amounts reported on line 4 for all royalty properties | **23b** | | |
| **c** Total of all amounts reported on line 12 for all properties | **23c** | | |
| **d** Total of all amounts reported on line 18 for all properties | **23d** | | |
| **e** Total of all amounts reported on line 20 for all properties | **23e** | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | **24** | |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | **25** | ( ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | **26** | |

LHA   **For Paperwork Reduction Act Notice, see the separate instructions.**          **Schedule E (Form 1040) 2014**

421491
10-22-14

5

| SCHEDULE E | | **Supplemental Income and Loss** | | OMB No. 1545-0074 | |
|---|---|---|---|---|---|
| **(Form 1040)** | | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | | **2014** | |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ Information about Schedule E and its separate instructions is at *www.irs.gov/schedulee.* | | Attachment Sequence No. **13** | |

Name(s) shown on return | Your social security number

JOHNNY R. MOORE | -8060

**Part I** **Income or Loss From Rental Real Estate and Royalties** Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

**A** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) — ☐ Yes ☐ No
**B** If "Yes," did you or will you file required Forms 1099? — ☐ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

**A** 73-75 BALDWIN STREET
**B** 393 LAUREL #102
**C** 20 WILLIS, NEW HAVEN, CT

| **1b** | Type of Property (from list below) | **2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|---|---|
| **A** | 1 | | | | **A** | 365 | | ☐ |
| **B** | 1 | | | | **B** | 365 | | ☐ |
| **C** | 1 | | | | **C** | 365 | | ☐ |

**Type of Property:**
1 Single Family Residence    3 Vacation/Short-Term Rental    5 Land    7 Self-Rental
2 Multi-Family Residence    4 Commercial    6 Royalties    8 Other (describe)

| **Income:** | Properties: | | **A** | **B** | **C** |
|---|---|---|---|---|---|
| **3** Rents received | | **3** | 38400. | 9600. | 7181. |
| **4** Royalties received | | **4** | | | |
| **Expenses:** | | | | | |
| **5** Advertising | | **5** | | | |
| **6** Auto and travel (see instructions) | | **6** | 500. | 500. | 500. |
| **7** Cleaning and maintenance | | **7** | 450. | | 450. |
| **8** Commissions | | **8** | | | |
| **9** Insurance | | **9** | 1394. | 1394. | 1394. |
| **10** Legal and other professional fees | | **10** | 450. | 450. | 450. |
| **11** Management fees | | **11** | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | | **12** | 9714. | | |
| **13** Other interest | | **13** | | | |
| **14** Repairs | | **14** | 3955. | 205. | 6927. |
| **15** Supplies | | **15** | | | |
| **16** Taxes | | **16** | 7601. | 889. | 2371. |
| **17** Utilities | | **17** | 805. | | 800. |
| **18** Depreciation expense or depletion | | **18** | 415. | 273. | 642. |
| **19** Other (list) ▶   STMT 3 | | **19** | | 3192. | |
| **20** Total expenses. Add lines 5 through 19 | | **20** | 25284. | 6903. | 13534. |
| **21** Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | | **21** | 13116. | 2697. | -6353. |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | **22** | ( )| ( )| 6353.) |

| **23a** Total of all amounts reported on line 3 for all rental properties | **23a** | |
|---|---|---|
| **b** Total of all amounts reported on line 4 for all royalty properties | **23b** | |
| **c** Total of all amounts reported on line 12 for all properties | **23c** | |
| **d** Total of all amounts reported on line 18 for all properties | **23d** | |
| **e** Total of all amounts reported on line 20 for all properties | **23e** | |

| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | **24** | |
|---|---|---|
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | **25** | ( )|
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | **26** | |

LHA   **For Paperwork Reduction Act Notice, see the separate instructions.**   Schedule E (Form 1040) 2014

421491
10-22-14

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040NR, or Form 1041.
▶ Information about Schedule E and its separate instructions is at *www.irs.gov/schedulee*.

OMB No. 1545-0074

**2014**

Attachment
Sequence No. **13**

Name(s) shown on return

JOHNNY R. MOORE

Your social security number

-8060

**Part I**  **Income or Loss From Rental Real Estate and Royalties**  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions)  ☐ Yes  ☒ No
**B** If "Yes," did you or will you file required Forms 1099?  ☐ Yes  ☐ No
**1a** Physical address of each property (street, city, state, ZIP code)

A  83-85 WILLIS, NEW HAVEN, CT
B  127 CEDAR HILL
C

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 1 | | A | 365 | | ☐ |
| B | 1 | | B | 365 | | ☐ |
| C | | | C | | | ☐ |

**Type of Property:**

1 Single Family Residence    3 Vacation/Short-Term Rental    5 Land    7 Self-Rental
2 Multi-Family Residence    4 Commercial    6 Royalties    8 Other (describe)

| Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|
| **3** Rents received | | 3 | 19200. | 19000. | |
| **4** Royalties received | | 4 | | | |
| **Expenses:** | | | | | |
| **5** Advertising | | 5 | | | |
| **6** Auto and travel (see instructions) | | 6 | 500. | 500. | |
| **7** Cleaning and maintenance | | 7 | 450. | 395. | |
| **8** Commissions | | 8 | | | |
| **9** Insurance | | 9 | 1394. | 1394. | |
| **10** Legal and other professional fees | | 10 | 450. | 450. | |
| **11** Management fees | | 11 | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | | 12 | | 3196. | |
| **13** Other interest | | 13 | | | |
| **14** Repairs | | 14 | 6590. | 1295. | |
| **15** Supplies | | 15 | | | |
| **16** Taxes | | 16 | 3470. | 2506. | |
| **17** Utilities | | 17 | 500. | | |
| **18** Depreciation expense or depletion | | 18 | 1346. | 882. | |
| **19** Other (list) ▶ STMT 4 | | 19 | 684. | | |
| **20** Total expenses. Add lines 5 through 19 | | 20 | 15384. | 10618. | |
| **21** Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | | 21 | 3816. | 8382. | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | 22 | ( ) | ( ) | ( ) |

| | | | |
|---|---|---|---|
| **23a** Total of all amounts reported on line 3 for all rental properties | 23a | 157779. | |
| **b** Total of all amounts reported on line 4 for all royalty properties | 23b | | |
| **c** Total of all amounts reported on line 12 for all properties | 23c | 24392. | |
| **d** Total of all amounts reported on line 18 for all properties | 23d | 16107. | |
| **e** Total of all amounts reported on line 20 for all properties | 23e | 128875. | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | 40333. | |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | 11529. | |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 28804. | |

LHA  **For Paperwork Reduction Act Notice, see the separate instructions.**    **Schedule E (Form 1040) 2014**

421491
10-22-14

09190114 752423 MOORE          2014.05030 MOORE, JOHHNY          MOORE__2

123

Schedule E (Form 1040) 2014

Attachment Sequence No. **13**   Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**JOHNNY R. MOORE**

Your social security number

**-8060**

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II** **Income or Loss From Partnerships and S Corporations** **Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column **(e)** on line 28 and attach **Form 6198**. See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? .................................... ☐ Yes ☐ No
If you answered "Yes," see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership, S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **29a** | Totals .............. | | | | | |
| **b** | Totals .............. | | | | | |
| **30** | Add columns (g) and (j) of line 29a ................................................................ | | | | **30** | |
| **31** | Add columns (f), (h), and (i) of line 29b ........................................................... | | | | **31** | ( ) |
| **32** | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below .......................................... | | | | **32** | |

**Part III** **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| **A** | | | | |
| **B** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **34a** | Totals ..................... | | | | |
| **b** | Totals ..................... | | | | |
| **35** | Add columns (d) and (f) of line 34a ........................................................................... | | | **35** | |
| **36** | Add columns (c) and (e) of line 34b ........................................................................... | | | **36** | ( ) |
| **37** | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | | | **37** | |

**Part IV** **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| **39** | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ................... | **39** | |

**Part V** **Summary**

| | | | |
|---|---|---|---|
| **40** | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ..................... | **40** | |
| **41** | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ...... ▶ | **41** | 28804. |
| **42** | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) | **42** | |
| **43** | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules .................... | STATEMENT 5   **43** | 28804. |

Schedule E (Form 1040) 2014

421501
10-22-14

8

| SCHEDULE 8812 (Form 1040A or 1040) | **Child Tax Credit** | OMB No. 1545-0074 |
|---|---|---|
| | ▶ Attach to Form 1040, Form 1040A, or Form 1040NR. | **2014** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule 8812 and its separate instructions is at www.irs.gov/schedule8812 | Attachment Sequence No. **47** |

| Name(s) shown on return | Your social security number |
|---|---|
| JOHNNY R. MOORE | -8060 |

### Part I  Filers Who Have Certain Child Dependent(s) with an ITIN (Individual Taxpayer Identification Number)

**CAUTION**  Complete this part only for each dependent who has an ITIN and for whom you are claiming the child tax credit. If your dependent is not a qualifying child for the credit, you cannot include that dependent in the calculation of this credit.

Answer the following questions for each dependent listed on Form 1040, line 6c; Form 1040A, line 6c; or Form 1040NR, line 7c, who has an ITIN (Individual Taxpayer Identification Number) and that you indicated is a qualifying child for the child tax credit by checking column (4) for that dependent.

**A**  For the first dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes    ☐ No

**B**  For the second dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes    ☐ No

**C**  For the third dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes    ☐ No

**D**  For the fourth dependent identified with an ITIN and listed as a qualifying child for the child tax credit, did this child meet the substantial presence test? See separate instructions.
☐ Yes    ☐ No

**Note.** If you have more than four dependents identified with an ITIN and listed as a qualifying child for the child tax credit, see the instructions and check here .............................................................................................................. ▶ ☐

### Part II  Additional Child Tax Credit Filers

| | | | | |
|---|---|---|---|---|
| 1 | **1040 filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040, line 52). | | | |
| | **1040A filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040A, line 35). | | 1 | 1000. |
| | **1040NR filers:** Enter the amount from line 6 of your Child Tax Credit Worksheet (see the Instructions for Form 1040NR, line 49). | | | |
| | If you used Pub. 972, enter the amount from line 8 of the Child Tax Credit Worksheet in the publication. | | | |
| 2 | Enter the amount from Form 1040, line 52; Form 1040A, line 35; or Form 1040NR, line 49 .................... | | 2 | 748. |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit ...................................... | | 3 | 252. |
| 4a | Earned income (see separate instructions) ...................................... | 4a | | |
| b | Nontaxable combat pay (see separate instructions) ...................................... | 4b | | |
| 5 | Is the amount on line 4a more than $3,000? ☒ **No.** Leave line 5 blank and enter -0- on line 6. ☐ **Yes.** Subtract $3,000 from the amount on line 4a. Enter the result ...... | 5 | | |
| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result ...................................... | | 6 | 0. |

**Next.** Do you have three or more qualifying children?
☒ **No.** If line 6 is zero, stop; you cannot take this credit. Otherwise, skip Part III and enter the **smaller** of line 3 or line 6 on line 13.
☐ **Yes.** If line 6 is equal to or more than line 3, skip Part III and enter the amount from line 3 on line 13. Otherwise, go to line 7.

LHA  **For Paperwork Reduction Act Notice, see your tax return instructions.**          Schedule 8812 (Form 1040A or 1040) 2014

403501 11-25-14

9

175

Schedule 8812 (Form 1040A or 1040) 2014                                                                    Page 2

| **Part III** | **Certain Filers Who Have Three or More Qualifying Children** | | | | | |
|---|---|---|---|---|---|---|

**7** Withheld social security, Medicare, and Additional Medicare taxes from
Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's
amounts with yours. If your employer withheld or you paid Additional
Medicare Tax or tier 1 RRTA taxes, see separate instructions ........................ | **7** |

**8** **1040 filers:** Enter the total of the amounts from Form 1040, lines 27
and 58, plus any taxes that you identified using code
"UT" and entered on line 62.

   **1040A filers:** Enter -0-.

   **1040NR filers:** Enter the total of the amounts from Form 1040NR, lines
27 and 56, plus any taxes that you identified using code
"UT" and entered on line 60. | **8** |

**9** Add lines 7 and 8 ........................................................ | **9** |

**10** **1040 filers:** Enter the total of the amounts from Form 1040,
lines 66a and 71.

   **1040A filers:** Enter the total of the amount from Form 1040A, line
42a, plus any excess social security and tier I RRTA
taxes withheld that you entered to the left of line 46
(see separate instructions).

   **1040NR filers:** Enter the amount from Form 1040NR, line 67. | **10** |

**11** Subtract line 10 from line 9. If zero or less, enter -0- ................................................................ | **11** |

**12** Enter the **larger** of line 6 or line 11 ................................................................................... | **12** |

**Next,** enter the **smaller** of line 3 or line 12 on line 13.

| **Part IV** | **Additional Child Tax Credit** | |
|---|---|---|

**13** This is your additional child tax credit ................................................................................ | **13** |

Enter this amount on
Form 1040, line 67,
Form 1040A, line 43, or
Form 1040NR, line 64.

**Schedule 8812 (Form 1040A or 1040) 2014**

JOHHNY R. MOORE                                                              -8060

| SCHEDULE E | OTHER EXPENSES | STATEMENT 1 |
|---|---|---|

HOUSE - 102 ADELINE STREET, BRIDGEPORT, CT 06601

| DESCRIPTION | AMOUNT |
|---|---|
| EVICTIONS | 600. |
| TOTAL TO SCHEDULE E, PAGE 1, LINE 19 | 600. |

| SCHEDULE E | OTHER EXPENSES | STATEMENT 2 |
|---|---|---|

2 FAMILY HOUSE - 574 UNION AVENUE, BRIDGEPORT, CT

| DESCRIPTION | AMOUNT |
|---|---|
| EVICTIONS | 780. |
| TOTAL TO SCHEDULE E, PAGE 1, LINE 19 | 780. |

| SCHEDULE E | OTHER EXPENSES | STATEMENT 3 |
|---|---|---|

CONDOMINIUM - 393 LAUREL #102

| DESCRIPTION | AMOUNT |
|---|---|
| COMMON CHARGES | 2500. |
| EVICTIONS | 692. |
| TOTAL TO SCHEDULE E, PAGE 1, LINE 19 | 3192. |

| SCHEDULE E | OTHER EXPENSES | STATEMENT 4 |
|---|---|---|

2 FAMILY HOUSE - 83-85 WILLIS, NEW HAVEN, CT

| DESCRIPTION | AMOUNT |
|---|---|
| EVICTIONS | 684. |
| TOTAL TO SCHEDULE E, PAGE 1, LINE 19 | 684. |

JOHHNY R. MOORE                                                                    -8060

| SCHEDULE E | RECONCILIATION FOR REAL ESTATE PROFESSIONALS | STATEMENT | 5 |

| FORM | DESCRIPTION | AMOUNT |
|---|---|---|
| SCH E P1 | HOUSE - 102 ADELINE STREET, BRIDGEPORT, CT 06601 | 290. |
| SCH E P1 | HOUSE - 10 ROSEMARY, STRATFORD, CT 06615 | -5176. |
| SCH E P1 | 2 FAMILY HOUSE - 574 UNION AVENUE, BRIDGEPORT, CT | 12032. |
| SCH E P1 | 2 FAMILY HOUSE - 73-75 BALDWIN STREET | 13116. |
| SCH E P1 | CONDOMINIUM - 393 LAUREL #102 | 2697. |
| SCH E P1 | 2 FAMILY HOUSE - 20 WILLIS, NEW HAVEN, CT | -6353. |
| SCH E P1 | 2 FAMILY HOUSE - 83-85 WILLIS, NEW HAVEN, CT | 3816. |
| SCH E P1 | 2 FAMILY HOUSE - 127 CEDAR HILL | 8382. |

TOTAL TO SCHEDULE E, LINE 43                                                        28804.

# DEBTOR'S TAX RETURN FOR 2015

Form **1040** U.S. Individual Income Tax Return (99) **2015** OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space.

| For the year Jan. 1-Dec. 31, 2015, or other tax year beginning | , 2015, ending | , 20 | See separate instructions. |

| Your first name and initial | Last name | | Your social security number |
| JOHNNY R. | MOORE | | 8060 |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
15 SACHEM DRIVE

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below.
SHELTON, CT   06484

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Make sure the SSN(s) above and on line 6c are correct.

| Foreign country name | Foreign province/state/county | Foreign postal code |

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ........ | Boxes checked on 6a and 6b **1**
b ☐ Spouse ...........

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4)✓ If child under age 17 qualifying for child tax credit |
|---|---|---|---|
| JOHNNY R MOORE II | -1222 | SON | X |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you **1**
● did not live with you due to divorce or separation (see instructions) ____

If more than four dependents, see instructions and check here ▶ ☐

Dependents on 6c not entered above ____

Add numbers on lines above ▶ **2**

d Total number of exemptions claimed ..........

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 .......... | 7 | |
| 8a | Taxable interest. Attach Schedule B if required .......... | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | | | |
| 9a | Ordinary dividends. Attach Schedule B if required .......... | 9a | |
| b | Qualified dividends | 9b | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes .......... | 10 | |
| 11 | Alimony received .......... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ .......... | 12 | <5,213.> |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 .......... | 14 | |
| 15a | IRA distributions | 15a | | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .......... | 17 | 38,005. |
| 18 | Farm income or (loss). Attach Schedule F .......... | 18 | |
| 19 | Unemployment compensation .......... | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 32,792. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | | |
| 29 | Self-employed health insurance deduction | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction | 32 | | | |
| 33 | Student loan interest deduction | 33 | | | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 through 35 .......... | 36 | | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 32,792. |

510001
12-30-15

LHA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040** (2015)

Form 1040 (2015)    JOHNNY R. MOORE                                                     -8060                    Page 2

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | 38 | 32,792. |
|---|---|---|---|---|---|
| **Standard Deduction for -** | 39a | Check if: { You were born before January 2, 1951, ☐  Blind. ☐ } { Spouse was born before January 2, 1951, ☐  Blind. ☐ } Total boxes checked ▶ 39a | | | |
| ● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instr. ▶ 39b ☐ | | | |
| | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 9,250. |
| | 41 | Subtract line 40 from line 38 | | 41 | 23,542. |
| | 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see inst. | | 42 | 8,000. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 15,542. |
| | 44 | Tax. Check if any from:  a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | | 44 | 1,671. |
| ● All others: | 45 | Alternative minimum tax. Attach Form 6251 | | 45 | |
| Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | | 47 | 1,671. |
| Married filing jointly or Qualifying widow(er), $12,600 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| Head of household, $9,250 | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | 1,000. | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form:  a ☐ 3800  b ☐ 8801  c ☐ | 54 | | |
| | 55 | Add lines 48 through 54. These are your **total credits** | | 55 | 1,000. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | | 56 | 671. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| | 61 | Health care: Individual responsibility (see instructions)  Full-year coverage ☒ | | 61 | |
| | 62 | Taxes from:  a ☐ Form 8959  b ☐ Form 8960  c ☐ Inst.; enter code(s) | | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | | 63 | 671. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | | |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form:  a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | | 74 | |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | 75 | |
| Direct deposit? See instructions. | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 76a | |
| | b | Routing number ▶  c Type: ☐ Checking ☐ Savings  d Account number ▶ | | | |
| | 77 | Amount of line 75 you want **applied to your 2016 estimated tax** ▶ | 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | 78 | 671. |
| | 79 | Estimated tax penalty (see instructions) | 79 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ Yes. Complete below.  ☐ No

Designee's name ▶ RICHARD E. BANGS, JR.  Phone no. ▶ 203-329-9093  Personal identification number (PIN) ▶ 22647

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature ▶ *Johnny Kay Moore*   Date 12/12/2016   Your occupation REAL ESTATE PROFESSIONA   Daytime phone number 203·395·4282

Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| RICHARD E. BANGS, JR. | RICHARD E. BANGS, JR. | 12/6/16 | | P00343594 |

Firm's name ▶ WIKSTROM AND BANGS, P.C.   Firm's EIN ▶ 02-0559664
         30 BUXTON FARMS ROAD   Phone no. (203)329-9093
Firm's address ▶ STAMFORD, CT 06905

510002 12-30-15

SEE STATEMENT FOR INTEREST AND PENALTIES NOT INCLUDED

181

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*.<br>▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | OMB No. 1545-0074<br>**2015**<br>Attachment<br>Sequence No. 09 |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| JOHNNY R. MOORE | -8060 |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | ENERGY BROKER | ▶ 522200 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), (see instr.) |
|---|---|---|
| | JOHNNY MOORE | |

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses .................. [X] Yes [ ] No

**H** If you started or acquired this business during 2015, check here .............................................................. ▶ [ ]

**I** Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) ......................... [ ] Yes [X] No

**J** If "Yes," did you or will you file required Forms 1099? .......................................................................... [ ] Yes [ ] No

**Part I   Income**

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ........................................ ▶ [ ] | 1 | 693. |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 693. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 693. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ........................................................................ ▶ | 7 | 693. |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | | 18 | Office expense | 18 | 1,201. |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) .... STMT 4 | 9 | 736. | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 1,546. |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | 243. |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27 a | Other expenses (from line 48) | 27a | 2,180. |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ........................ ▶ | 28 | 5,906. |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | <5,213.> |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ .<br>Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>● If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.**<br>(If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>● If a loss, you **must** go to line 32. | 31 | <5,213.> |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>● If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.**<br>(If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>● If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [X] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

**LHA   For Paperwork Reduction Act Notice, see the separate instructions.**                    Schedule C (Form 1040) 2015

520001 11-23-15

5

Schedule C (Form 1040) 2015   JOHHNY R. MOORE                                                              -8060 Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |

**33** Method(s) used to
value closing inventory:   **a** ☐ Cost       **b** ☐ Lower of cost or market       **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation .................................................................................................................   ☐ Yes   ☐ No

**35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation .................... | **35** | |

**36** Purchases less cost of items withdrawn for personal use ................................................................. | **36** | |

**37** Cost of labor. Do not include any amounts paid to yourself ............................................................. | **37** | |

**38** Materials and supplies ..................................................................................................... | **38** | |

**39** Other costs.................................................................................................................. | **39** | |

**40** Add lines 35 through 39 ................................................................................................... | **40** | |

**41** Inventory at end of year ................................................................................................... | **41** | |

**42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 ........................ | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ 01/01/09

**44** Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

**a** Business _____ 1,280 **b** Commuting _____ **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? ...................................................... ☐ Yes   ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use?............................................. ☐ Yes   ☐ No

**47 a** Do you have evidence to support your deduction? ...................................................................... ☒ Yes   ☐ No
**b** If "Yes," is the evidence written? ..................................................................................... ☒ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |

| TELEPHONE | 1,800. |
| INTERNET FEES | 380. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**48** **Total other expenses.** Enter here and on line 27a ........................................................... | **48** | 2,180. |

6

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040NR, or Form 1041.
▶ Information about Schedule E and its separate instructions is at www.irs.gov/schedulee.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **13**

Name(s) shown on return

JOHNNY R. MOORE

Your social security number

-8060

| Part I | Income or Loss From Rental Real Estate and Royalties | Note: If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40. |

| | | Yes | No |
|---|---|---|---|
| A | Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) | ☐ | ☐ |
| B | If "Yes," did you or will you file required Forms 1099? | ☐ | ☐ |

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| A | 102 ADELINE STREET, NEW HAVEN, CT |
| B | 10 ROSEMARY, STRATFORD, CT 06615 |
| C | 574 UNION AVENUE, BRIDGEPORT, CT |

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 1 | | A | 365 | | ☐ |
| B | 1 | | B | 365 | | ☐ |
| C | 1 | | C | 365 | | ☐ |

**Type of Property:**

1 Single Family Residence   3 Vacation/Short-Term Rental   5 Land   7 Self-Rental
2 Multi-Family Residence   4 Commercial   6 Royalties   8 Other (describe)

| Income: | | Properties: | | A | B | C |
|---|---|---|---|---|---|---|
| 3 | Rents received | 3 | | 21,350. | 24,000. | 3,600. |
| 4 | Royalties received | 4 | | | | |

| Expenses: | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Advertising | 5 | | | | |
| 6 | Auto and travel (see instructions) | 6 | | 500. | 500. | 500. |
| 7 | Cleaning and maintenance | 7 | | | | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | | 1,394. | 1,394. | 234. |
| 10 | Legal and other professional fees | 10 | | 300. | 300. | 300. |
| 11 | Management fees | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | | 2,910. | 8,291. | |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | | 540. | 350. | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | | 1,295. | 6,233. | |
| 17 | Utilities | 17 | | 365. | 2,060. | |
| 18 | Depreciation expense or depletion | 18 | | 562. | 11,670. | 317. |
| 19 | Other (list) ▶ | 19 | | | | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | | 7,866. | 30,798. | 1,351. |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file Form 6198 | 21 | | 13,484. | <6,798.> | 2,249. |
| 22 | Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) | 22 | | ( ) | 6,798.) | ( ) |

| | | | | |
|---|---|---|---|---|
| 23a | Total of all amounts reported on line 3 for all rental properties | 23a | | |
| b | Total of all amounts reported on line 4 for all royalty properties | 23b | | |
| c | Total of all amounts reported on line 12 for all properties | 23c | | |
| d | Total of all amounts reported on line 18 for all properties | 23d | | |
| e | Total of all amounts reported on line 20 for all properties | 23e | | |
| 24 | Income. Add positive amounts shown on line 21. Do not include any losses | | 24 | |
| 25 | Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | 25 | ( ) |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | 26 | |

LHA   For Paperwork Reduction Act Notice, see the separate instructions.

Schedule E (Form 1040) 2015

521491
12-22-15

7

| SCHEDULE E | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | **2015** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or Form 1041.<br>▶ Information about Schedule E and its separate instructions is at *www.irs.gov/schedulee*. | Attachment<br>Sequence No. **13** |

| Name(s) shown on return | Your social security number |
|---|---|
| JOHNNY R. MOORE | −8060 |

**Part I** | **Income or Loss From Rental Real Estate and Royalties** Note: If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

| | | Yes | No |
|---|---|---|---|
| **A** | Did you make any payments in 2015 that would require you to file form(s) 1099? (see instructions) | ☐ Yes | ☐ No |
| **B** | If "Yes," did you or will you file required Forms 1099? | ☐ Yes | ☐ No |

| **1a** | Physical address of each property (street, city, state, ZIP code) |
|---|---|
| **A** | 73-75 BALDWIN STREET |
| **B** | 393 LAUREL #102 |
| **C** | 20 WILLIS, NEW HAVEN, CT |

| **1b** | Type of Property<br>(from list below) | **2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| **A** | 1 | | **A** | 365 | | ☐ |
| **B** | 1 | | **B** | 365 | | ☐ |
| **C** | 1 | | **C** | 365 | | ☐ |

**Type of Property:**

| 1 Single Family Residence | 3 Vacation/Short-Term Rental | 5 Land | 7 Self-Rental |
|---|---|---|---|
| 2 Multi-Family Residence | 4 Commercial | 6 Royalties | 8 Other (describe) |

| **Income:** | | Properties: | | **A** | **B** | **C** |
|---|---|---|---|---|---|---|
| **3** | Rents received | **3** | | 24,800. | 1,600. | 1,898. |
| **4** | Royalties received | **4** | | | | |
| **Expenses:** | | | | | | |
| **5** | Advertising | **5** | | | | |
| **6** | Auto and travel (see instructions) | **6** | | 500. | 500. | 500. |
| **7** | Cleaning and maintenance | **7** | | | | |
| **8** | Commissions | **8** | | | | |
| **9** | Insurance | **9** | | 1,394. | 234. | 234. |
| **10** | Legal and other professional fees | **10** | | 300. | 300. | 300. |
| **11** | Management fees | **11** | | | | |
| **12** | Mortgage interest paid to banks, etc. (see instructions) | **12** | | 9,602. | | |
| **13** | Other interest | **13** | | | | |
| **14** | Repairs | **14** | | 1,483. | | |
| **15** | Supplies | **15** | | | | |
| **16** | Taxes | **16** | | 7,632. | 0. | 0. |
| **17** | Utilities | **17** | | 750. | | 37. |
| **18** | Depreciation expense or depletion | **18** | | 415. | 273. | 642. |
| **19** | Other (list) ▶ STMT 5 | **19** | | | | |
| **20** | Total expenses. Add lines 5 through 19 | **20** | | 22,076. | 1,307. | 1,713. |
| **21** | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | **21** | | 2,724. | 293. | 185. |
| **22** | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | **22** | ( | ) | ( ) | ( ) |

| **23a** | Total of all amounts reported on line 3 for all rental properties | **23a** | | |
|---|---|---|---|---|
| **b** | Total of all amounts reported on line 4 for all royalty properties | **23b** | | |
| **c** | Total of all amounts reported on line 12 for all properties | **23c** | | |
| **d** | Total of all amounts reported on line 18 for all properties | **23d** | | |
| **e** | Total of all amounts reported on line 20 for all properties | **23e** | | |
| **24** | **Income.** Add positive amounts shown on line 21. Do not include any losses | | **24** | |
| **25** | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | **25** | ( ) |
| **26** | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | **26** | |

LHA   **For Paperwork Reduction Act Notice, see the separate instructions.** | Schedule E (Form 1040) 2015

521491
12-22-15

:111212 752423 MOORE          2015.05010 MOORE, JOHNNY          MOORE__1

| SCHEDULE E | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | **2015** |
| Department of the Treasury Internal Revenue Service  (99) | ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ Information about Schedule E and its separate instructions is at *www.irs.gov/schedulee*. | Attachment Sequence No. **13** |

Name(s) shown on return

JOHNNY R. MOORE

Your social security number

−8060

**Part I**  **Income or Loss From Rental Real Estate and Royalties** Note: If you are in the business of renting personal property, use **Schedule C or C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

A Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions)   ☐ Yes   ☒ No

B If "Yes," did you or will you file required Forms 1099?   ☐ Yes   ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

A  83-85 WILLIS, NEW HAVEN, CT

B  127 CEDAR HILL

C

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 1 | | A | 365 | | ☐ |
| B | 1 | | B | 365 | | ☐ |
| C | | | C | | | ☐ |

**Type of Property:**

1  Single Family Residence    3  Vacation/Short-Term Rental    5  Land    7  Self-Rental

2  Multi-Family Residence    4  Commercial    6  Royalties    8  Other (describe)

| Income: | | Properties: | | A | B | C |
|---|---|---|---|---|---|---|
| 3 | Rents received | 3 | | 20,600. | 24,000. | |
| 4 | Royalties received | 4 | | | | |

| Expenses: | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Advertising | 5 | | | | |
| 6 | Auto and travel (see instructions) | 6 | | 300. | 500. | |
| 7 | Cleaning and maintenance | 7 | | | | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | | 1,394. | 1,394. | |
| 10 | Legal and other professional fees | 10 | | 300. | 300. | |
| 11 | Management fees | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | | | 5,839. | |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | | 1,285. | 457. | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | | 2,554. | 1,370. | |
| 17 | Utilities | 17 | | 300. | 511. | |
| 18 | Depreciation expense or depletion | 18 | | 1,346. | 882. | |
| 19 | Other (list) ▶ | 19 | | | | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | | 7,479. | 11,253. | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | | 13,121. | 12,747. | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( | ) | ( | ) | ( ) |

| 23a | Total of all amounts reported on line 3 for all rental properties | 23a | 121,848. |
|---|---|---|---|
| b | Total of all amounts reported on line 4 for all royalty properties | 23b | |
| c | Total of all amounts reported on line 12 for all properties | 23c | 26,642. |
| d | Total of all amounts reported on line 18 for all properties | 23d | 16,107. |
| e | Total of all amounts reported on line 20 for all properties | 23e | 83,843. |
| 24 | Income. Add positive amounts shown on line 21. Do not include any losses | 24 | 44,803. |
| 25 | Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | 6,798.) |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 38,005. |

LHA   For Paperwork Reduction Act Notice, see the separate instructions.                Schedule E (Form 1040) 2015

521491 12-22-15

111212 752423 MOORE          2015.05010 MOORE, JOHNNY                    MOORE__1

Schedule E (Form 1040) 2015     Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1. | **Your social security number**

**JOHNNY R. MOORE**     **-8060**

Caution. The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**   **Income or Loss From Partnerships and S Corporations**   Note: If you report a loss from an at-risk activity for which any amount is **not at risk**, you **must** check column (e) on line 28 and attach **Form 6198.** See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? .......................................... ☐ Yes   ☐ No

If you answered "Yes," see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **29a** | Totals .............. | | | | |
| **b** | Totals .............. | | | | |

| 30 | Add columns (g) and (j) of line 29a .............................................................................................. | 30 | |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b ............................................................................................ | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below .............................................. | 32 | |

**Part III**   **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| **A** | | | | |
| **B** | | | | |
| **34a** | Totals ........................ | | | |
| **b** | Totals ........................ | | | |

| 35 | Add columns (d) and (f) of line 34a ............................................................................................... | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b ............................................................................................... | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

**Part IV**   **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q**, line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q**, line 1b | (e) Income from **Schedules Q**, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............................... | 39 | |
|---|---|---|---|

**Part V**   **Summary**

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ............................................. | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ...... ▶ | 41 | 38,005. |
| 42 | Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F **(see instructions)** | 42 | |
| 43 | Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ............ | 43 | STATEMENT 6    38,005. |

Schedule E (Form 1040) 2015

521501 12-22-15

111212 752423 MOORE     2015.05010 MOORE, JOHNNY     MOORE__1

| Form **982** | **Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)** | OMB No. 1545-0046 |
|---|---|---|
| (Rev. January 2016) | ▶ Attach this form to your income tax return. | Attachment Sequence No. **94** |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 982 and its instructions is at *www.irs.gov/form982*. | |

| Name shown on return | Identifying number |
|---|---|
| JOHHNY R. MOORE | -8060 |

**Part I**    **General Information** (see instructions)

**1**   Amount excluded is due to (check applicable box(es)):

   **a**   Discharge of indebtedness in a title 11 case ☐

   **b**   Discharge of indebtedness to the extent insolvent (not in a title 11 case) ☒

   **c**   Discharge of qualified farm indebtedness ☐

   **d**   Discharge of qualified real property business indebtedness ☐

   **e**   Discharge of qualified principal residence indebtedness ☐

**2**   Total amount of discharged indebtedness excluded from gross income    **2**   87,789.

**3**   Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property?   ☐ Yes   ☐ No

**Part II**    **Reduction of Tax Attributes.** You must attach a description of any transactions resulting in the reduction in basis under section 1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements. (For additional information, see the instructions for Part II.)

Enter amount excluded from gross income:

| | | |
|---|---|---|
| **4** | For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property | **4** |
| **5** | That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property | **5** |
| **6** | Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge | **6** |
| **7** | Applied to reduce any general business credit carryover to or from the tax year of the discharge | **7** |
| **8** | Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge | **8** |
| **9** | Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge | **9** |
| **10a** | Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* | **10a** |
| **b** | Applied to reduce the basis of your principal residence. *Enter amount here ONLY if line 1e is checked* | **10b** |
| **11** | For a discharge of qualified farm indebtedness applied to reduce the basis of: | |
| **a** | Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5 | **11a** |
| **b** | Land used or held for use in a trade or business of farming | **11b** |
| **c** | Other property used or held for use in a trade or business or for the production of income | **11c** |
| **12** | Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge | **12** |
| **13** | Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge | **13** |

**Part III**    **Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)**

Under section 1081(b), the corporation named above has excluded $ _____ from its gross income

for the tax year beginning _____ and ending _____ .

Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the laws of

_____ .

(State of incorporation)

**Note:** You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.

LHA   **For Paperwork Reduction Act Notice, see instructions.**      Form **982** (Rev. 1-2016)

515161 01-27-16

:111212 752423 MOORE      2015.05010 MOORE, JOHNNY      MOORE__1

| ORM 1040 | TOTAL DUE WITH INTEREST AND PENALTIES | STATEMENT 1 |
|---|---|---|
| MOUNT DUE | | 671. |
| NTEREST NOT INCLUDED | | 20. |
| ENALTY NOT INCLUDED | | 27. |
| ATE FILING PENALTY NOT INCLUDED | | 205. |
| OTAL DUE | | 923. |

| ORM 1040 | | LATE PAYMENT INTEREST | | | | STATEMENT 2 |
|---|---|---|---|---|---|---|
| ESCRIPTION | DATE | AMOUNT | BALANCE | RATE | DAYS | INTEREST |
| AX DUE | 04/15/16 | 671. | 671. | .0400 | 183 | 14. |
| ATE FILING PENALTY | 10/15/16 | 205. | 890. | .0400 | 61 | 6. |
| ATE FILED | 12/15/16 | | 896. | | | |
| OTAL LATE PAYMENT INTEREST | | | | | | 20. |

| ORM 1040 | | LATE PAYMENT PENALTY | | | | STATEMENT 3 |
|---|---|---|---|---|---|---|
| ESCRIPTION | DATE | AMOUNT | BALANCE | MONTHS | PENALTY | |
| AX DUE | 04/15/16 | 671. | 671. | 8 | 27. | |
| ATE FILED | 12/15/16 | | | | | |
| OTAL LATE PAYMENT PENALTY | | | | | 27. | |

| CHEDULE C | CAR AND TRUCK EXPENSES | STATEMENT 4 |
|---|---|---|
| ESCRIPTION | | AMOUNT |
| EHICLE NUMBER 1 - 1280 BUSINESS MILES @ $0.575 | | 736. |
| OTAL TO SCHEDULE C, LINE 9 | | 736. |

| CHEDULE E | OTHER EXPENSES | STATEMENT | 5 |
|---|---|---|---|

ONDOMINIUM - 393 LAUREL #102

| ESCRIPTION | AMOUNT |
|---|---|
| OMMON CHARGES | 0. |
| OTAL TO SCHEDULE E, PAGE 1, LINE 19 | 0. |

| CHEDULE E | RECONCILIATION FOR REAL ESTATE PROFESSIONALS | STATEMENT | 6 |
|---|---|---|---|

| ORM | DESCRIPTION | AMOUNT |
|---|---|---|
| CH E P1 | HOUSE - 102 ADELINE STREET, NEW HAVEN, CT | 13,484. |
| CH E P1 | HOUSE - 10 ROSEMARY, STRATFORD, CT 06615 | <6,798.> |
| CH E P1 | 2 FAMILY HOUSE - 574 UNION AVENUE, BRIDGEPORT, CT | 2,249. |
| CH E P1 | 2 FAMILY HOUSE - 73-75 BALDWIN STREET | 2,724. |
| CH E P1 | CONDOMINIUM - 393 LAUREL #102 | 293. |
| CH E P1 | 2 FAMILY HOUSE - 20 WILLIS, NEW HAVEN, CT | 185. |
| CH E P1 | 2 FAMILY HOUSE - 83-85 WILLIS, NEW HAVEN, CT | 13,121. |
| CH E P1 | 2 FAMILY HOUSE - 127 CEDAR HILL | 12,747. |
| OTAL TO SCHEDULE E, LINE 43 | | 38,005. |

# DEBTOR'S CONFIRMATION OF TRUSTEE'S RECEIPT OF PLAN PAYMENTS

**To print this page** Click Here.
Close Window

This is the front of your check

**JOHNNY RAY MOORE**   12-14                                        308
**15 SACHEM DR**                                                    51-309/111
**SHELTON, CT 06484**                          12/2/2016            552
                                                    Date

Pay to the
Order of    Molly T. Whiton, Trustee$  2000—

Two Thousand  00/100                               Dollars  📷

Ⓣ**Bank**
America's Most Convenient Bank®

For Next payment due 1/1/17        Johnny Ray Moore

⑈0111030931⑈ 43065839726⑈   0308

This is the back of your check

CREDIT TO WITHIN NAMED PAYEE
LACK OF END GTD SUNTRUST BANK
LOCKBOX ID: 610   SITE: MEM
DEPOSIT DATE: 12-06-2016
2902757
BATCH #: 122
19 ●
SEQ #: 0058