UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECITCUT (BRIDGEPORT)

In Re:  
Johnny Ray Moore  
Aka Johnny R. Moore  
    Debtor,  
_____/

Chapter 13  
Case No.: 16-51133

## OBJECTION TO PLAN

Now comes Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12 (together with its predecessors, successors, affiliates, principals, and assigns, "Creditor") a creditor and party in interest herein, and, by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan filed by Johnny Ray Moore ("Debtor"). As grounds, Creditor states as follows:

1. Creditor is a secured creditor of Debtor and is secured by a first mortgage on Debtor's property located at 73-75 Baldwin Street, Bridgeport, CT 06607 (the "Property").

2. According to Creditor's Proof of Claim filed on December 27, 2016, Creditor's total secured claim is $85,599.16 with a total pre-petition arrearage of $1,973.53.

3. On or about September 2, 2016, Debtor filed a Chapter 13 Plan (the "Plan").

4. The Plan does not provide for any treatment of Creditor's secured claim.

5. The Plan does not provide for adequate treatment of Creditor's secured claim and is not feasible.

WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of Debtor's proposed Chapter 13 Plan.

    Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12  
    By its Attorneys,

Dated: January 9, 2017      /s/ Patricia A. Davis, Esq.  
    Patricia A. Davis, #025753  
    Marinosci Law Group, P.C.  
    275 West Natick Road, Suite 500  
    Warwick, RI 02886

Telephone: (401) 234-9200
pdavis@mlg-defaultlaw.com

Case 16-51133    Doc 78    Filed 01/09/17    Entered 01/09/17 17:00:14    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF CONNECITCUT (BRIDGEPORT)

In Re:                                                                Chapter 13
Johnny Ray Moore                                          Case No.: 16-51133
Aka Johnny R. Moore
        Debtor,
_____/

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 9th day of January, 2017, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. Documents Served:

    1. Objection to Confirmation of Plan
    2. Certificate of Service

/s/ Patricia A. Davis, Esq.
Patricia A. Davis, Esq. # 25753
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone:  (401) 234-9200

**VIA ECF**
U.S. Trustee, on behalf of the US Trustee
Molly T. Whiton, Esq. on behalf of the Trustee
Linda St. Pierre, Esq., on behalf of PENNYMAC HOLDINGS, LLC
Matthew B. Beatman, Esq., on behalf of Hampshire House Condominium Association
Juda J. Epstein, Esq., on behalf of Water Pollution Control Authority
Victoria L. Forcella, Esq., on behalf of JPMorgan Chase Bank
Marc L. Bergamo, Esq., on behalf of Tower Lien, LLC
Marc L. Bergamo, Esq., on behalf of US Bank, National association

**VIA MAIL**
Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484