UNITED STATES BANKRUPTCY COURT
DISTRICIT OF CONNECTICUT
**Bridgeport Division**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOHNNY RAY MOORE | : | CASE NO. 16-51133 |
| AKA JOHNNY R. MOORE | : | |
| | : | |
| BANK OF AMERICA, N.A. | : | |
|     MOVANT | : | |
| | : | |
| VS. | : | |
| | : | |
| JOHNNY RAY MOORE | : | |
| AKA JOHNNY R. MOORE, DEBTOR | : | |
| MOLLY T. WHITON, TRUSTEE | : | |
|     RESPONDENTS | : | JANUARY 20, 2017 |

## OBJECTION TO CONFIRMATION

BANK OF AMERICA, N.A. ("Movant"), a secured creditor in the above bankruptcy case on property located at **102 Adeline Street, New Haven, CT 06513,** by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. Upon information and belief the Plan seeks to modify the Movant's claim however there is no Order granting Motion to Determine Secured Status modifying said claim.

2. The Plan fails to provide for full payment of the Movant's debt owing pursuant to its filed Proof of Claim.

3. Movant reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

4. Movant further reserves its right under the confirmation order to amend its proof

of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

                                        Bank Of America, N.A.

                                        By: _____
                                                Linda J. St.Pierre, Esq.
                                                Hunt Leibert Jacobson, P.C.
                                                50 Weston St., Hartford, CT  06120
                                                Telephone No. (860) 808-0606
                                                Federal Bar No. CT 22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance and Request for Notice was served via first class; postage prepaid mail and/or via ECF e-mail this 20th day of January, 2017 to:

Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484
(Debtor)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

By: _____
Linda J. St.Pierre, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston St., Hartford, CT 06120
Telephone No. (860) 808-0606
Federal Bar No. CT 22287