# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 1, 2017

In re:

Johnny Ray Moore

Debtor*

Case Number: 16–51133 jam
Chapter: 13

### ORDER ON OBJECTION TO PROOF OF CLAIM(S)

The Objection to the Proof of Claim of Regional Water Authority , Claim number(s) 5–1 , filed pursuant to Fed. R. Bankr. P. 3007 dated October 31, 2016 (the "Objection to Claim", ECF No. 43), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim, it is hereby

ORDERED: The Proof of Claim of Regional Water Authority , Claim No. 5–1 , in the amount of $$7387.73 is disallowed.

Dated: March 1, 2017

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 123 – rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.