BK: 8549 PG: 210
INST: 00003929

Recording Requested By:
Bank of America
Prepared By: Mary Ann Hierman
888-603-9011
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

Property Address:
73-75 Baldwin St
Bridgeport, CT 06607-1302
CTO-AM                    2/4/2012

I hereby certify that this is a true copy of a document filed in the office of the Bridgeport Town Clerk and that the original document from which copy was made is recorded in Vol 8549 Pg. 210 in the Bridgeport Land Records.
Dated: 3/5/12
ATTEST: Alma L Maya
ALMA L. MAYA, TOWN CLERK

MIN #: [redacted]    MERS Phone #: 888-679-6377

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834 does hereby grant, sell, assign, transfer and convey unto THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-12 whose address is 101 BARCLAY ST - 4W, NEW YORK, NY 10286 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:       COUNTRYWIDE HOME LOANS, INC.
Borrower(s):           JOHNNY RAY MOORE
Date of Mortgage:      5/26/2006
Original Loan Amount:  $248,000.00

Recorded in Bridgeport Township, CT on: 5/31/2006, book 06992, page 0323 and instrument number 019009

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 2/4/2012

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Aida Duenas
Assistant Secretary

Witness: Mercedes Judilla
Witness: Youda Crain

State of California
County of Ventura

On Feb 4, 2012 before me, Eric T Way _____, Notary Public, personally appeared Aida Duenas , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ERIC T. WAY
Commission # 1835518
Notary Public - California
Los Angeles County
My Comm. Expires Feb 7, 2013

Notary Public: _____