**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (Bridgeport)**

---

In Re:

Johnny Ray Moore a/k/a Johnny R. Moore,   Case No.: 16-51133 (JAM)
                                          Chapter 13

          Debtor.

---

### NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

There undersigned hereby appears on behalf of Bank of America, N.A., a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (i) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (ii) all such documents be directed to counsel at the address set forth below.

Dated: East Haven, Connecticut
       May 15, 2017

                                   By: /s/ Michael P. D'Amico
                                       *Attorneys for Creditor*
                                       112 Hemmingway Avenue
                                       East Haven, CT 06512
                                       michaelpatrickdamico@gmail.com
                                       Phone: 203-804-1633
                                       Fed Bar ID #: ct29925

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (Bridgeport)**

---

In Re:

    Johnny Ray Moore a/k/a Johnny R. Moore,    Case No.: 16-51133 (JAM)
                                                                                               Chapter 13

                          Debtor.

---

## CERTIFICATE OF SERVICE

      I, Michael Rozea, respectfully represent that I am over eighteen years of age and reside in Long Island, New York, and that on May 15, 2017, I served the within Notice of Appearance with Request for Copies of all Orders, Notices, and Pleadings pursuant to Bankruptcy Rules 2002(g) and 9010(b) by depositing a true copy thereof, properly enclosed in a securely closed and duly post-paid wrapper in a depository regularly maintained by the United States Postal Service in New York, directed as follows:

**Johnny Ray Moore**
15 Sachem Drive
Shelton, CT 06484

**Molly T. Whiton**
10 Columbus Boulevard
Hartford, CT 06106

**Office of the U.S. Trustee**
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                                                                                        /s/ Michael Rozea
                                                                                        Michael Rozea