**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (Bridgeport)**

───────────────────────────────────────────

In Re:

   Johnny Ray Moore a/k/a Johnny R. Moore,         Case No.: 16-51133 (JAM)
                                                                Chapter 13

                            Debtor.

───────────────────────────────────────────

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

There undersigned hereby appears on behalf of Specialized Loan Servicing, LLC, as servicer for Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-12, a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (i) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (ii) all such documents be directed to counsel at the address set forth below.

Dated: East Haven, Connecticut
        May 15, 2017

                                                      By: /s/ Michael P. D'Amico
                                                         *Attorneys for Creditor*
                                                         112 Hemmingway Avenue
                                                         East Haven, CT 06512
                                                         michaelpatrickdamico@gmail.com
                                                         Phone: 203-804-1633
                                                         Fed Bar ID #: ct29925

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (Bridgeport)**

_____

In Re:

    Johnny Ray Moore a/k/a Johnny R. Moore,        Case No.: 16-51133 (JAM)
                                                               Chapter 13

                           Debtor.

_____

## **CERTIFICATE OF SERVICE**

      I, Michael Rozea, respectfully represent that I am over eighteen years of age and reside in Long Island, New York, and that on May 15, 2017, I served the within Notice of Appearance with Request for Copies of all Orders, Notices, and Pleadings pursuant to Bankruptcy Rules 2002(g) and 9010(b) by depositing a true copy thereof, properly enclosed in a securely closed and duly post-paid wrapper in a depository regularly maintained by the United States Postal Service in New York, directed as follows:

**Johnny Ray Moore**
15 Sachem Drive
Shelton, CT 06484

**Molly T. Whiton**
10 Columbus Boulevard
Hartford, CT 06106

**Office of the U.S. Trustee**
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                                                                        /s/ Michael Rozea
                                                                        Michael Rozea