# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM OF DOCUMENTS TO DISTRICT COURT

In re: Johnny Ray Moore
Bankruptcy Case No. 16–51133
Adversary Case No.
Re: Misc. No. 17–1996, 17–2143, and 18–41
Re: Appeal No.

**I. The following documents are enclosed for disposition in your court.**

  1. ( ) Motion to Withdraw Reference
  2. ( ) Motion for Leave to file appeal
 *3. ( ) Answer/Objection to Motion for Leave to file appeal
  4. ( ) Proposed Findings of Fact and Conclusions of Law Pursuant to 28 USC §157(c)(1)
  5. ( ) Docket Sheet available through Pacer
 *6. ( ) Case/Adversary Docket Sheets (Public Docket Sheet. Internal Docket Sheet will be transmitted separately
via email)per Order granting Motion to Withdraw Reference
  7. (XX ) Other Order Dismissing Bankruptcy Case with Prejudice of 1 year.

By _____
  Lisa Durrenberger
  Deputy Clerk, USBC

Date: January 23, 2018

-------------------------------------------------------------------------------------------

### Acknowledgment(please return a copy to sender)

Misc. Case #_____ *(misc. number will not be assigned)

___ I hereby acknowledge receipt of the above named items.

By_____
  Deputy Clerk, USDC

Date_____

Form trnsdocdc