# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
-------------------------------- x
IN RE: JOHNNY RAY MOORE,         :
                                 :
        Appellant,               :
                                 :
v.                               :
                                 :
UNITED STATES TRUSTEE,           :   Civil No. 3:18-cv-161 (AWT)
                                 :
        Notice.                  :
                                 :
v.                               :
                                 :
PENNYMAC LOAN SERVICING, LLC and :
SPECIALIZED LOAN SERVICING LLC,  :
                                 :
        Appellees.               :
-------------------------------- x
```

**ORDER CONSOLIDATING CASES**

This case, which is an appeal of an order (dated January 12, 2018) granting relief from the automatic stay, is intertwined with In re: Moore, Case No. 3:18-cv-00317-AWT, an appeal of the bankruptcy court's order (also dated January 12, 2018) dismissing his bankruptcy case, such that the two matters should be briefed and decided on a consolidated basis.

Accordingly, IT IS HEREBY ORDERED:

(1) The Clerk shall consolidate this case into In re: Moore, Case No. 3:18-cv-00317-AWT, with that case as the surviving case.

(2) The Motion for Extension of Time to Submit the Appellant Statement of Issues and the Designation of Items (Doc. No. 7) is hereby DENIED without prejudice, because the court will grant a motion for extension of time in the consolidated case, 3:18-cv-00317-AWT.

(3)  The Clerk shall close this case.

It is so ordered.

Signed this 16th day of August, 2018, at Hartford, Connecticut.

                                 /s/ AWT
                              Alvin W. Thompson
                              United States District Judge